UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 09-B-16986 |
| | ) | Chapter 11 |
| TY MILES, INCORPORATED, | ) | |
| | ) | Honorable Pamela Hollis |
| Debtor. | ) | |

**AGREED ORDER APPROVING FIRST AMENDMENT TO
FINAL CASH COLLATERAL ORDER ENTERED JUNE 26, 2009**

This matter came before this Court for a second status hearing on that certain Final Cash Collateral Order ("*Final Order*"),[1] which Final Order was entered by this Court in the above-captioned chapter 11 case ("*Chapter 11 Case*") on June 26, 2009; the Court having heard from counsel for First Chicago Bank & Trust ("*Bank*"), on the one hand, and Ty Miles, Incorporated, the debtor-in-possession in the Chapter 11 Case ("*Debtor*"), on the other hand; and after due deliberation, and good and sufficient cause appearing therefor:

**THE COURT HEREBY FINDS:**[2]

A. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (M) and (O). Venue in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B. On May 10, 2009 ("*Petition Date*"), Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code. Debtor is operating its business and manage its properties as a debtor-in-possession. No request has been made for the appointment of a trustee or examiner and no statutory committees have been appointed in this case.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Final Order.

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Fed. R. Bankr. P. 7052.

C. The Final Order, pursuant to which Debtor is authorized to use Cash Collateral, matured on July 31, 2009.

D. On August 6, 2009, this Court entered that certain Agreed Order Approving First Amendment to Final Cash Collateral Order Entered on June 26, 2009 (D.I. 51), pursuant to which Debtor was authorized to use Cash Collateral through August 31, 2009.

E. Bank is willing to permit Debtor to continue to use its Cash Collateral pursuant to the Final Order from September 1, 2009 through and including September 30, 2009 in accordance with the provisions hereof.

F. This second amendment to the Final Order was negotiated and proposed by the parties in good faith, from arms-length bargaining positions, and without collusion. The Court has determined that the relief requested herein is in the best interests of Debtor, its estate, its creditors and other parties-in-interest.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Budget identified in the Final Order shall be deemed to be supplemented, a second time, by the Budget attached hereto as ***Exhibit A***.

2. Except as set forth in this paragraph 2, the Final Order shall remain in full force and effect:

   (a) Paragraph 6(d) subsection (i) of the Final Order is hereby amended to read 5:00 p.m. on September 30, 2009.

3. Nothing herein shall be construed as a waiver by Bank of any Termination Event under the Final Order or as a course of dealing.

4. The Court hereby retains exclusive jurisdiction to resolve any disputes arising from or relating to the Final Order or this Order.

5.  Notwithstanding Bankruptcy Rule 6004(g), this Order shall take effect immediately upon entry.

6.  This matter is set for a status hearing on September 29, at 10:30 a.m. (prevailing Chicago time). No further notice is necessary or required.

Dated: **SEP - 3 2009**

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

This Order is approved and agreed to as to substance and form:

**TY MILES, INCORPORATED**

By: _____
   One of its attorneys

David P. Leibowitz
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
847-249-9100
dleibowitz@lakelaw.com

**FIRST CHICAGO BANK & TRUST**

By: _____
   One of its attorneys

Jeff Chadwick
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661
312-902-5318
jeffrey.chadwick@kattenlaw.com

## EXHIBIT A

## REVISED BUDGET

**Period: September 1, 2009 through September 30, 2009**

**Budgeted Receipts** (thru Sept. 30, 2009):    **$ 80,000**

**Budgeted Expenses** (thru Sept. 30, 2009):

| | |
|---|---|
| Materials | $ 20,000 |
| Payroll and taxes | $ 32,000 |
| Insurance | $  5,000 |
| Utilities | $  3,000 |
| Leasing | $    200 |
| Garbage | $    300 |
| Accounting | $  4,250 |
| Commissions | $  3,000 |
| Freight | $    600 |
| Rent | $  6,000 |
| Other (Non Prof'l Fees) | $  3,000 |

**Total: $77,350**

**Projected Net Income** (month of Sept. 2009):    **$2,650**