UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

Ty Miles Incorporated,

Debtor.

Chapter 11

Case No. ~~09-B-32526~~ 09 B 16986

Hon. Pamela S. Hollis

Hearing Date: April 6, 2010
Hearing Time: 10:00a.m.

## ORDER ALLOWING FIRST AND FINAL APPLICATION FOR COMPENSATION OF LAKELAW AS COUNSEL TO DEBTOR TY MILES INCORPRATED, FOR PAYMENT OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND RELATED RELIEF

Upon consideration of the first and final application ("Application") of Lakelaw as counsel to Ty Miles Incorporated ("Ty Miles"), requesting the entry of an order pursuant to 11 U.S.C. §§330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance of $72,025.00 in compensation for 273.40 hours of professional services rendered as counsel to the Trustee for the period beginning May 10, 2009 through and including March 10, 2010 ("Application Period") and the reimbursement of $6,894.53 for actual costs incurred incident to those services; due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; copies of the Application having been served on the proper parties; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief or any objections being overruled, it is hereby ORDERED:

(i)   The Application is allowed as provided herein.

(ii)  Notice of Application is provided for therein is sufficient.

(iii) Lakelaw is allowed $72,025.00 in final compensation for the Application Period beginning May 10, 2009 through and including March 10, 2010.

(iv) Lakelaw is allowed $6,894.53 in expense reimbursement for the Application Period beginning May 10, 2009 through and including March 10, 2010.

(v) Ty Miles is authorized and directed to pay Lakelaw the total amounts awarded pursuant to the Application.

(vi) The Application and entry of this Order are core proceedings within the meaning of 28 U.S.C. 157(b).

(vii) Allows Lakelaw to supplement the fees and expenses due from May 10, 2009 through the closing date of this case, which will occur upon entry of an order of Final Decree.

(viii) This Order is a final Order and is effective immediately.

APR 06 2010

Dated: _____, 2010.

HONORABLE PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

Prepared By:
David P. Leibowitz (ARDC #1612271)
Jonathan T. Brand (ARDC #6294885)
Lakelaw
420 West Clayton St.
Waukegan, IL 60085
Tel: 847.249.9100
Fax: 847.248.9180