UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TY MILES INCORPORATED, | ) | Bankruptcy No. 09 B 16986 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | Hearing Date: April 27, 2010 |
| | ) | Hearing Time: 10:30 a.m. |

## NOTICE OF MOTION

**To:** U.S. Trustee William T. Neary, Office of the U.S. Trustee
See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday, April 27, 2010 at 10:30 a.m.**, we will appear before the Honorable Pamela S. Hollis or such other Judge as may be presiding in that Judge's stead, in Courtroom 644, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present this, **Debtor's Motion to Enter Final Decree and Close Chapter 11 Case**, a copy of which is attached hereto and served upon you herewith.

TY MILES INCORPORATED,
Debtor In Possession

By: _/s/ Jonathan T. Brand_
Jonathan T. Brand

Date: April 19, 2010

## CERTIFICATE OF SERVICE

On April 19, 2010, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, via a third party, U.S. Bankruptcy Court Approved Notice Provider, BK Attorney Services. Those listed on the attached CM/ECF Service List were served with CM/ECF the Courts Electronic Notification System. Those marked with an * were served via Court's ECF System.

_/s/ Hillary Passarelli_
Paralegal

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

```
Label Matrix for local noticing          GMAC                                     Lakelaw
0752-1                                   PO Box 130424                            420 W Clayton
Case 09-16986                            Roseville, MN 55113-0004                 Waukegan, IL 60085-4216
Northern District of Illinois
Chicago
Mon Apr 19 10:06:39 CDT 2010

Ty Miles Incorporated                    U.S. Bankruptcy Court                    1701 Research Boulevard
9855 Derby Lane                          Eastern Division                         Rockville, Maryland 20850-3171
Westchester, IL 60154-3792               219 S Dearborn
                                         7th Floor
                                         Chicago, IL 60604-1704


AMERICAN INFOSOURCE LP AS AGENT FOR      AMT - The Assn for Mfg Tech              AT&T
FIA CARD SERVICES, NA/BANK OF AMERICA    7901 Westpark Drive                      1101 S Canal St Unit 105
PO Box 248809                            McClean, VA 22102-4206                   Chicago, IL 60607-4938
Oklahoma City, OK  73124-8809


ATVB Abrasive Wheel Co                   Acar Broach & Machine Co Inc             Accurate Tool & Mfg Corp
PO Box 805947                            21391 Carlop                             6139 W Ogden Ave
Chicago, IL 60680-4120                   Clinton Township, MI 48038-1511          Cicero, IL 60804-3751


Accurite Welding Services                Action Marking Products Co               Action Rubber Stamp & Marking
501 S. County Line Rd                    1175 S Eastwood Dr                       PO Box 1718
Franklin Park, IL 60131-1013             Woodstock, IL 60098-4644                 Woodstock, IL 60098-1718


(p)ADVANTA                               All Control                              All-Brite Anondizing Co
700 DRESHER RD                           1644 Cambridge Dr.                       100 W Lake Street
HORSHAM PA 19044-2206                    Elgin, IL 60123-1143                     Northlake, IL 60164-2426


Alliance Broach & Tool                   Alro Steel Corporation                   Alster Machining Corp.
5664 N River Road                        Drawer # 641005                          4243 W Diversey Ave
East China, MI 48054-4176                Detroit, MI 48264-1005                   Chicago, IL 60639-2002


American Chartered Bank                  American Express                         Americare National Hygiene Sup
PO Box 5940                              PO Box 650448                            225 Laura Drive, Unit B
Carol Stream, IL 60197-5940              Dallas, TX 75265-0448                    Addison, IL 60101-5017


Amerigas - Cicero                        Andrew Juzczyk                           Applied Hydraulic Servs Corp
Dept 0140                                5305 W 108th Place                       273 N California Ave
Palatine, Il 60055-0140                  Oak Lawn, IL 60453-5051                  Chicago, IL 60612-1903


Arkady Lekakh                            Atlas Copco Compressors LLC              Automatic Data Processing
214 Jacobs Court                         75 Remittance Drive, Ste 3009            PO Box 78415
Buffalo Grove, IL 60089-1509             Chicago, IL 60675-3009                   Phoenix, AZ 85062-8415
```

| | | |
|---|---|---|
| Avaya Inc<br>PO Box 125<br>Carol Stream, IL 60197-5125 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094-5126 | B&R Industries Inc<br>12 Commerical Blvd<br>Medford, NY 11763-1523 |
| BW Supply Co<br>15048 County Rd 10-3<br>Lyons, OH 43533 | Bank of America<br>PO Box 15019<br>Wilmington, DE 19850-5019 | Bearing Headquarters Co<br>A Headco Company<br>PO Box 6267<br>Broadview, IL 60155-6267 |
| Beaver Oil Co<br>6037 Lenzi Ave<br>Hodgkins, IL 60525-4242 | Benjamin Ranallo<br>4407 W Ole Farm Road<br>Plainfield, IL 60586-7548 | Bijur Delimon International<br>Box 74727<br>Cleveland, OH 44194-0810 |
| Bloomingdale Bank & Trust<br>Bank of Itasca<br>150 S. Bloomingdale Road<br>Bloomingdale, Illinois 60108-1493 | Blue Cross Blue Shield of IL<br>300 E. Randolph<br>Chicago, IL 60601-5099 | Blue Cross Blue Shield of IL<br>PO Box 1186<br>Chicago, IL 60690-1186 |
| CMA Flodine Hydrodine<br>1000 Muirfield Drive<br>Oak Park, IL 60133-5468 | Cardinal Metals<br>119 Bond Street<br>Elk Grove Village, IL 60007-1218 | Carlton-Bates Company<br>PO Box 676182<br>Dallas, TX 75267-6182 |
| Catching Fluidpower Inc<br>3643 Eagle Way<br>Chicago, IL 60678-0001 | Chase Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chicago Bears Football Club<br>97738 Eagle Way<br>Chicago, IL 60678-0001 |
| Chicago Flame Hardening Co Inc<br>5200 Railroad Ave<br>East Chicago, IL 46312-3841 | Chicago Suburban Express<br>PO Box 388568<br>Chicago, IL 60638-8568 | Cincinnati Tool Steel Company<br>5190 28th Avenue<br>Rockford, IL 61109-1756 |
| Cintas Corporation #344<br>PO Box 7759<br>Romeoville, IL 60446-0759 | Cintas First Aid & Safety<br>1870 Brummel Drive<br>Elk Grove, IL 60007-2121 | Classic Graphic Industries Inc<br>519 Wrightwood<br>Elmhurst, IL 60126-1047 |
| Clearstaff<br>7501 S Lemont Rd, Ste 220<br>Woodridge, IL 60517-2679 | Colonial Tool Group Inc<br>Colonial<br>1691  Walker Rd<br>Windsor, On N8W 3P1<br>Canada | ComEd Co.<br>2100 Swift Drive<br>Attn.: Bankruptcy Section/Revenue Mgmt.<br>OakBrook, IL 60523-1559 |
| Commonwealth Edison<br>509 N Dearborn St<br>Chicago, IL 60654-4802 | Cook County Dept. Of Revenue<br>PO Box 641670.<br>Chicago, IL  60664-1670 | D/C Export & Domestic Packing Inc<br>1300 E. Devon Ave<br>Elk Grove Village, IL 60007-5831 |

| | | |
|---|---|---|
| DE-STA-CO<br>23478 Network Place<br>Chicago, IL 60673-0001 | DHL Express (USA) Inc<br>14105 Collections Ctr Dr<br>Chicago, IL 60693-0001 | DME Company<br>Dept Lockbox 78242<br>PO Box 78000<br>Detroit, MI 48278-0242 |
| Debra Klco<br>1120 Anvil Court<br>Addison, IL 60101-1107 | Diamond Industrial Tools Inc<br>6712 Crawford Ave<br>Lincolnwood, IL 60712-3587 | Die Specialty Company<br>3030 S 25th Avenue<br>Broadview, IL 60155-4579 |
| Dominion Retail Inc.<br>501 Martindale Street<br>Pittsburgh, PA 15212-5817 | Dura-Bar Metal Services<br>Lock Box 73409<br>Chicago, IL 60673-7409 | Dynamic Metal Treating Inc<br>7784 Ronda Drive<br>Canton Twp, MI 48187-2447 |
| E&T Plastics of Illinois Inc<br>45-45 37th St<br>Long Is, NY 11101-1801 | Emedco<br>39209 Treasury Center<br>Chicago, IL 60694-9200 | Englewood<br>PO Box 802578<br>Chicago, IL 60680-2578 |
| Erie Industrial Products Co<br>1234 Bristol Ave<br>Westchester, IL 60154-3702 | Erie Marking Tool & Awards<br>PO Box 1486<br>Saginaw, MI 48605-1486 | Estate of Marian Dine, decd<br>101 OLD OAK DR APT 206<br>BUFFALO GROVE IL 60089-3639 |
| Eugene R. Daudelin, Inc<br>10034 Roosevelt Rd.<br>Westchester, IL 60154-2660 | Expert Metal Finishing, Inc<br>1900 N Austin Ave<br>Mail Box 34<br>Chicago, IL 60639-5010 | Ezautomation<br>Div of Autotech Technologies LP<br>1102 Momentum Place<br>Chicago, IL 60689-5311 |
| Federal Express Corp<br>PO Box 95001<br>Lakeland, FL 33804-5001 | Festo Corporation<br>PO Box 1355<br>Buffalo, NY 14240-1355 | Fifth Third Bank<br>545 Sherwood Road<br>La Grange, IL 60526-5624 |
| First Chicago Bank & Trust<br>Katten Muchin Rosenman LLP<br>c/o Jeffrey A Chadwick<br>525 W Monroe Stree<br>Chicago, IL 60661-3693 | Fluid Power Engr Co Inc<br>110 Gordon<br>Elk Grove, IL 60007-1120 | Fort Dearborn Life Ins Co<br>36788 Eagle Way<br>Chicago, IL 60678-0001 |
| GMAC<br>PO Box 308092<br>Bloomington, MN 53448-0902 | GMAC Payment Processing Center<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | Gear Solutions<br>PO Box 1210<br>Pelham, AL 35124-5210 |
| Gexpro<br>f/k/a GE Supply<br>POB 33127<br>Louisville, KY 40232-3127 | Grainger<br>Dept 801580465<br>Palatine, IL 60038-0001 | Great Lakes Took Service Inc<br>770 Edgewood Ave<br>Wood Dale, IL 60191-1249 |

Gusher Pumps
PO Box 633162
Cincinnati, OH 45263-3162

HMK Kramer Plumbing Inc
2213 Westwood Dr
Hillside, IL 60162-2207

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

HTM Electronics
8651 Buffalo Ave
Niagara Falls, NY 14304-4382

Hardinge Inc
Box 1212
Elmira, NY 14902-1212

Harris N.A.
PO Box 6290
Carol Stream, IL 60197-6290

Hensley Precision Carbide
38451 Webb Drive
Westland, MI 48185-1975

Hinckley Springs
5660 New Northside Drive, Suite 500
Atlanta, GA 30328-5826

ICI Paints
21033 Network Place
Chicago, IL 60673-0001

IFM Efector Inc
782 Springdale Dr
Exton, PA 19341-2850

IGUS Inc
PO Box 14349
E Providence, RI 02914-0349

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illlini Coolant Management Corp
8011 N Parkside
Morton Grove, IL 60053-3543

Indiana Department of Revenue
Indianapolis, IN 46201

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Ionbond, LLC
PO Box 18473#
Neward, NJ 07191-0001

Iowa Department of Revenue
1004 10th Street South,
Northwood, IA 50459-1844

Iverson & Company
441 N Third Ave
Des Plaines, IL 60016-1199

J&H Machine Tool Specialty Inc
1190 Richards Road, Unit 6
Hartland,WI 53029-8302

J&H Machine Tools Inc
PO Box 60782
Charlotte, NC 28260-0782

J&R Material Handling Services, Inc.
P O Box 358
LaGrange, IL 60525-0358

J.A. Luttrell Company
5129 Trumpeter Drive
Portage, MI 49024-5512

J.R. Pedersen
1015 Sable Drive
Addison, IL 60101-1157

Janusz Marszalik
464 Julia Dr
Romeoville, IL 60446-4072

Janusz Marzalik
464 Julia Drive
Romeoville, IL 60446-4072

Javier Valdez
146 S La Londe Ave
Addison, IL 60101-3349

Jeffrey's Manufacturing Solutions
PO Box 405649
Atlanta, IL 30384-5649

Jeffreys Mfg.
8500 Triad Drive
Colfax NC 27235-9403

Jerico Inc
705 Springer Drive
Lombard, IL 60148-6412

Jesus Escalera
5504 W 23rd Street
Cicero, IL 60804-2738

| | | |
|---|---|---|
| Jill Duncalf<br>10831 Meadowsuite Lane<br>Roscoe, IL 61073 | John Miles<br>3235 S.E. Silver Spring<br>Milwaukie, OR 97222-7047 | Joseph Czechowski<br>8 S 495 Boundary H 11 RD<br>Naperville, IL 60540 |
| Joseph McCleren<br>1120 S Prospect<br>Wheaton, IL 60189-6830 | Kingsford Broach & Tool<br>Po Box 2277<br>Kingsford, MI 49802-2277 | Kiser Controls Co<br>7045 High Grove Blvd<br>Burr Ridge, IL 60527-7593 |
| Kohlstedt Law Firm LLC<br>2100 Clearwater Dr<br>Suite 220<br>Oak Brook, IL 60523-5407 | L-K Fire Extinguisher Service<br>4136 S Grove Ave<br>Berwyn PO, IL 60402-4495 | LDI Industries<br>1864 Nagle Ave<br>PO Box 1810<br>Manitowoc, WI 54221-1810 |
| LE Rogers Co<br>6429 W. North Ave, Room 204<br>Oak Park, IL 60302-1079 | Landmeier Enterprises<br>4001 W Devon Avenue, # 404<br>Chicago, IL 60646-4539 | Leonard Smith<br>21236 N. Middleton Dr<br>Kildeer, IL 60047-8505 |
| Linda Witkowski<br>416 E. View Street<br>Lombard, IL 60148-1970 | Livonia Magnetics Co<br>44005 Michigan Avenue<br>Canton, MI 48188-2594 | Lopin Westchester LLC<br>4001 W Devon Ave<br>Suite 404<br>Chicago, IL 60646-4539 |
| Lopin Westchester LLC<br>4001 W Devon, Ste 404<br>Chicago, IL 60646-4539 | MB Industrial Sales<br>PO Box 238<br>West Chester, PA 19381-0238 | MSC Industrial Supply<br>75 Maxess Road<br>Melville New York 11747-3151 |
| Manufacturer's News Inc<br>1633 Central St<br>Evanston, IL 60201-1569 | MarTec Associates Inc<br>1510 Jarvis<br>Elk Grove, IL 60007-2402 | Marcello Tapia<br>2534 S. Euclid<br>Berwin, IL 60402-2509 |
| Master-Brew Beverages Inc<br>PO Box 1508<br>Northbrook, IL 60065-1508 | Masterman's<br>PO Box 411<br>Auburn, MA 01501-0411 | Matis Inc<br>PO Box 1437<br>Bridgeview, Il 60455-0437 |
| McBee Sytems Inc<br>PO Box 88042<br>Chicago, IL 60680-1042 | McMaster - Carr Supply Co<br>POB 4355<br>Chicago, IL 60680-4355 | Melodie Waters<br>3 S. 236 Cyprus Dr.<br>Glen Elyn, IL 60137-7361 |
| Metals Technology Corp<br>120 N Schmale Rd<br>Carol Stream, IL 60188-2151 | Michigan Department of Treasury<br>East Lansing, MI 48823 | Midwest Time Recorder<br>7964 S Madison St<br>Burr Ridge, IL 60527-5806 |

| | | |
|---|---|---|
| Miller Broach<br>PO Box 99<br>Capac, MI 48014-0099 | Miller Transfer & Rigging Co<br>PO Box 453<br>Rootstown, OH 44272-0453 | Milwaukee Broach Co<br>PO Box 224<br>Butler, WI 53007-0224 |
| Minnesota Commissioner of Rev.<br>600 North Robert St.<br>St. Paul, MN 55101-2228 | Mr & Mrs Charles Miles<br>8416 Rucker<br>Gross Ile, MI 48138-1910 | National Child Safety Council<br>PO Box 1368<br>Jachson, MI 49204-1368 |
| National Fire Safety Council<br>Westchester Fire Dept<br>10240 Roosevelt Rd<br>Westchester, IL 60154-2573 | Neopost<br>PO Box 45800<br>San Francisco, CA 94145-0800 | Neopost Leasing<br>478 Wheelers Farms Road<br>Milford, CT 06461-9105 |
| Neopost Leasing<br>PO Box 45822<br>San Francisco, CA 94145-0822 | Nicor<br>PO Box 2020<br>Aurora, IL 60507-2020 | Octavia Tool & Gage Co<br>American Financial Management Inc<br>3715 Ventura Drive<br>Arlington Heights, IL 60004-7696 |
| Oerlikon Balzers Inc<br>PO Box 5837<br>Carol Stream, IL 60197-5837 | Office Equipment Sales<br>5319 W 25th St<br>Cicero, IL 60804-3311 | Ohio Treasurer Of State<br>9th Floor<br>30 East Broad Street<br>Columbus, Ohio 43215-3461 |
| Orange Transfer Company<br>Brian E Monaghan<br>1804 S Kilbourn Ave<br>Chicago, IL 60623-2306 | Orkin Exterminating Co Inc<br>603 E Diehl Rd, Ste 124<br>Naperville, Il 60563-4904 | PMTS<br>6915 Valley Ave<br>Cincinnati, OH 45244-3029 |
| Palatine Welding Company<br>3848 Berdnick St<br>Rolling Meadows, IL 60008-1003 | Pantron Automation Inc<br>PO Box 6039<br>Gastonia, NC 28056-6000 | Parker Hannifin Corp<br>Cylinder Division<br>7899 Collection Center Dr<br>Chicago, IL 60693-0001 |
| Parker Hannifin Corporation<br>Cylinder Division<br>6035 Parkland Blvd.<br>Cleveland, OH 44124-4186 | Phil Klos | Philip Klos<br>2516 Westover Ave<br>N. Riverside, IL 60546-1541 |
| Pioneer Broach Company<br>6434 Telegraph Rd<br>Los Angeles, CA 90040-2593 | Porter Pipe & Supply Co<br>35049 Eagle Way<br>Chicago, IL 60678-0001 | Power/Mation Division<br>1310 Ereson Lane<br>St Paul, MN 55108 |
| Precision Machined Products<br>6700 W Snowville Road<br>Brecksville, OH 44141-3292 | Radar Tool and Mfg.<br>23201 Blackstone<br>Warren, MI 48089-4209 | Raymond A. Mueller<br>533 Moreland Ave.<br>Addison, IL 60101-3461 |

Reid Supply Co
PO Box 179
Muskegon, MI 49443-0179

Reliastar Life Ins.
PO Box 9179
Minneapolis, MN 55480-9179

Rev. T. H Miles
1910 N. W. 108th Street
Vancouver, WA 98685-5080

Revere Electric Supply Co
3866 Paysphere Circle
Chicago, IL 60674-0038

Richard Shea
645 W. Belden
Elmhurst, IL 60126-1869

Richter Precision Inc
PO Box 159
East Petersburg, PA 17520-0159

Ritter Engineering Co
PO Box 8500-4285
Philadelphia, PA 19178-0001

Robert Slifka
2150 W. 59th Street
Downers Grove, IL 60516-1149

Roberto Rivas
8206 Waterbury Dr.
Joliet, IL 60431-7581

Roger Luszczewski
6 N 661 Pine
Bensenville, IL 60106

SKF Linear Motion Precision
1230 Cheyenne Avenue
Grafton, WI 53024-9539

SKF Linear Motion Precision
PO Box 643911
Pittsburgh, PA 15264-3911

SMC Corporation of America
PO Box 70269
Chicago, IL 60673-0269

SMS Machine Tools LTD
32 Claireville Drive
Toronto Ontario
CANADA M9W 5T9

Scheck Lumber Co Inc
920 W 18th St
Broadview, IL 60155-4893

Schmidt, Pritchard & Co, Inc
9801 W Lawrence Ave
Schiller Park, IL 60176-1135

Sentry Insurance
Box 88315
Milwaukee, WI 53288-0001

Shell Oil Company
P.O. Box 2463,
Houston, TX 77252-2463

Signaworks - Industrial Signal
Genesis Automation Inc
9013 Heritage Dr
Plalin City, OH 43064-9493

Simko Grinding Co
PO Box 68
Posen, IL 60469-0068

Special Olympics Illinois
PO Box 699
Normal, IL 61761-0699

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674-0026

Steven M Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709

Steven Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709

Studio Eleven/Vivid Mfg Group
PO Box 315
Fort Laramie, OH 45845-0315

Sun Life Financial
Box No 6168
Carol Stream, IL 60197-6168

Tazz Broach & Machine Inc
34026 James J Pompo
Fraser, MI 48026-1643

Tech-Max Machine Inc
1170 W Ardmore Ave
Itasca, Il 60143-1306

Techa-Tool Inc
PO Box 467
Hartland, WI 53029-0467

| | | |
|---|---|---|
| Terrace Supply Company<br>PO Box 5022<br>Villa Park, IL 60181-5022 | The Glidden Company<br>ICI Paints<br>15885 W Spraque Rd. HQW Rm # A105<br>Strongsville, OH 44136-1772 | Thomas Publishing Co LLC<br>Dept. Ch 14193<br>Palatine, IL 60055-4193 |
| Thomas Publishing Company<br>5 Penn Plaza<br>New York, NY 10001-1860 | Tool Crib Supply, Inc<br>151 Eastern Avenue<br>Bensenville, IL 60106-1159 | Tooling & Manufacturing Assoc.<br>1177 S Dee Road<br>Park Ridge, IL 60068-4396 |
| Triangle Broach Co<br>18404 Fitzpatrick<br>Detroit, MI 48228-1420 | Turbine Broach Company<br>PO Box 1437<br>Crystal River, FL 34423-1437 | U.S. Postal Service<br>10240 W Roosevelt Rd, Ste A<br>Westchester, IL 60154-2577 |
| UPS Supply Chain Solutions Inc<br>Attn: Customs Brokerage Services<br>12380 Morris Road<br>Alpharetta, GA 30005-4177 | USF Holland<br>27052 Network Place<br>Chicago, IL 60673-0001 | United Parcel Service<br>55 Glenlake Parkway, NE<br>Atlanta, GA 30328-3498 |
| Veolia ES Solid Waste Midwest, Inc.<br>PO Box 6484<br>Carol Stream, 60197-6484 | Vibro/Dynamics Corporation<br>2443 Barga Drive<br>Broadview, IL 60155-3941 | Village of Westchester<br>10300 Roosevelt Rd<br>Westchester, IL 60154-2596 |
| West Coast Life Ins Co<br>343 Sansome Street<br>San Francisco, CA 94104-1344 | William Folsom<br>285 South Street<br>Elmhurst, IL 60126-4001 | Wisco<br>PO Box 88666<br>Chicago, IL 60680-1666 |
| Wisconsin Dept. of Revenue<br>P.O. Box 8906<br>Madison, WI 53708-8906 | Witt Disintegrating Service<br>Ralph C. Gravrok<br>729 W. Fullerton Ave, Unit F<br>Addison, IL 60101-3260 | Wolf & Co LLP<br>2100 Clearwater Drive<br>Oak Brook, IL 60523-1963 |
| Xerox Capital Services LLC<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive 450<br>Lewisville, TX 75057-6018 | Xerox Corporation<br>PO Box 802555<br>Chicago, IL 60680-2555 | Zagar Inc<br>24000 Lakeland Blvd<br>Cleveland, OH 44132-2646 |
| Zenger's Inc<br>11132 W. Grand Ave<br>Melrose Park, IL 60164-1131 | Zep Manufacturing Company<br>13237 Collections Center Dr<br>Chicago, IL 60693-0001 | Zipprich Contractors Inc<br>959 N Garfield St<br>Lombard, IL 60148-1336 |
| David P Leibowitz ESQ<br>Leibowitz Law Center<br>420 Clayton Street<br>Waukegan, IL 60085-4216 | Jonathan T Brand<br>Lakelaw<br>420 W. Clayton Street<br>Waukegan, IL 60085-4216 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank
PO Box 8088
Philadelphia, PA 19101

(d)Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Illinois Department of Revenue
100 W Randolph Street # 700,
Chicago, IL 60601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, Pa 19114

(d)United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First Chicago Bank & Trust

(u)ADT Security Systems

(u)Andrew Mueller


(d)GMAC
PO BOX 130424
ROSEVILLE MN 55113-0004

(u)Joseph McClearn

(u)Rick Shea


(u)Roberto Rivas

(u)Roger Luszczewski

(d)Steven M. Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709


(d)Ty Miles, Inc
9855 Derby Ln
Westchester, IL 60154-3792

(u)William Folsom

(d)Wolf & Company
2100 Clearwater Drive
Oak Brook, IL 60523-1963


End of Label Matrix
Mailable recipients   239
Bypassed recipients    12
Total                 251

## CM/ECF SERVICE LIST

**Counsel for First Chicago Bank and Trust**
Jeffrey A Chadwick
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5318
(312) 577-8869 (fax)
jeffrey.chadwick@kattenlaw.com

Joshua A Gad-Harf
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) - 9025208
joshua.gad-harf@kattenlaw.com


**Counsel for GMAC**
James M Philbrick
Law Offices of James M. Philbrick, P.C.
P. O. Box 351
Mundelein, IL 60060
jmphilbrick@att.net

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TY MILES INCORPORATED | ) | Bankruptcy No. 09 B 16986 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | Hearing Date:  April 27, 2010 |
| | ) | Hearing Time:  10:30 a.m. |

## MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE

Debtor Ty Miles Incorporated ("Debtor"), pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022 of the Federal Rules of Bankruptcy Procedure, seeks entry of an Order of Final Decree closing this Chapter 11 Case. In support of this Motion, the Debtor respectfully states as follows:

1. On May 10, 2009, the Debtor filed a Voluntarily Petition for relief under Chapter 11 of the Bankruptcy Code.

2. On January 29, 2010 the Debtor filed its Amended Plan of Reorganization (the "Plan") (Docket No. 113).

3. On March 10, 2010, the Court entered an *Order Confirming Amended Plan of Reorganization* Dated March 2, 2010 (Docket No. 144) (the "Confirmation Order"). The Confirmation Order is final and not subject to approval.

4. On March 15, 2010, First Chicago Bank & Trust ("FC") received a $50,000.00 distribution pursuant to the Plan. Monthly payments will begin hereafter on April 22, 2010, and will continue to be uninterrupted until the full amount of FC's claim is paid in full.

5. On March 16, 2010, the Debtor established and Unsecured Creditor Account, as defined in Section 5.01(d) of the Plan. In compliance with the Plan, the Debtor has begun making payments to its unsecured creditor account.

6. The Debtor has made all payments required by the United States Trustee.

7. Pursuant to Section 10.09 of the Plan, the foregoing distributions represent substantial consummation of the Debtor's Plan.

8. There are no remaining contested matters pending and no further steps need to be taken to facilitate the administration of the Plan.

WHEREFORE, the Debtor, Ty Miles Incorporated, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022;

(b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(c) For such other relief as may be just and proper.

TY MILES INCORPORATED,
Debtor In Possession

By: /s/ Jonathan T. Brand
Jonathan T. Brand

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100
847.249.9180

2