**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA  99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Apr 19, 2010          TIME RECEIVED: 10:33AM          TOTAL SERVED: 236

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

IN RE:      Ty Miles Incorporated                    CASE NO: 09B16986

                                                      CERTIFICATE OF
                                                      SERVICE

ATTORNEY/TRUSTEE:      David P. Leibowitz
ADDRESS                420 W. Clayton Street
                       Waukegan, IL  60085

On Monday, April 19, 2010, a copy of the following documents, described below,

**Debtor's Motion to Enter Final Decree and Close Chapter 11 Case**

were deposited for delivery by the United States Postal Service, via first class United States
Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the
mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above
referenced document(s) on the above listed entities in the manner shown, and prepared the
Certificate of Service and that it is true and correct to the best of my knowledge, information,
and belief.

DATED: April 19, 2010              _____

                                   Jessica Freeze
                                   BK Attorney Services, LLC
                                   An Authorized Notice Provider for
                                   the United States Bankruptcy Courts

*Certificate of Service*

Iowa Department of Revenue

PO Box 10471

Des Moines, IA 50306-0471

*Certificate of Service*

Label Matrix for local noticing
0752-1
Case 09-16986
Northern District of Illinois
Chicago
Mon Apr 19 15:09:38 CDT 2010

GMAC
PO Box 130424
Roseville, MN 55113-0004

~~Lakelaw~~
~~420 W Clayton~~
~~Waukegan, IL 60085-4216~~

Ty Miles Incorporated
9855 Derby Lane
Westchester, IL 60154-3792

~~U.S. Bankruptcy Court~~
~~Eastern Division~~
~~219 S Dearborn~~
~~7th Floor~~
~~Chicago, IL 60604-1704~~

1701 Research Boulevard
Rockville, Maryland 20850-3171

AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK  73124-8809

AMT - The Assn for Mfg Tech
7901 Westpark Drive
McClean, VA 22102-4206

AT&T
1101 S Canal St Unit 105
Chicago, IL 60607-4938

ATVB Abrasive Wheel Co
PO Box 805947
Chicago, IL 60680-4120

Acar Broach & Machine Co Inc
21391 Carlop
Clinton Township, MI 48038-1511

Accurate Tool & Mfg Corp
6139 W Ogden Ave
Cicero, IL 60804-3751

Accurite Welding Services
501 S. County Line Rd
Franklin Park, IL 60131-1013

Action Marking Products Co
1175 S Eastwood Dr
Woodstock, IL 60098-4644

Action Rubber Stamp & Marking
PO Box 1718
Woodstock, IL 60098-1718

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

All Control
1644 Cambridge Dr.
Elgin, IL 60123-1143

All-Brite Anondizing Co
100 W Lake Street
Northlake, IL 60164-2426

Alliance Broach & Tool
5664 N River Road
East China, MI 48054-4176

Alro Steel Corporation
Drawer # 641005
Detroit, MI 48264-1005

Alster Machining Corp.
4243 W Diversey Ave
Chicago, IL 60639-2002

American Chartered Bank
PO Box 5940
Carol Stream, IL 60197-5940

American Express
PO Box 650448
Dallas, TX 75265-0448

Americare National Hygiene Sup
225 Laura Drive, Unit B
Addison, IL 60101-5017

Amerigas - Cicero
Dept 0140
Palatine, Il 60055-0140

Andrew Juzczyk
5305 W 108th Place
Oak Lawn, IL 60453-5051

Applied Hydraulic Servs Corp
273 N California Ave
Chicago, IL 60612-1903

Arkady Lekakh
214 Jacobs Court
Buffalo Grove, IL 60089-1509

Atlas Copco Compressors LLC
75 Remittance Drive, Ste 3009
Chicago, IL 60675-3009

Automatic Data Processing
PO Box 78415
Phoenix, AZ 85062-8415

Avaya Inc
PO Box 125
Carol Stream, IL 60197-5125

Avaya Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

B&R Industries Inc
12 Commerical Blvd
Medford, NY 11763-1523

BW Supply Co
15048 County Rd 10-3
Lyons, OH 43533

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bearing Headquarters Co
A Headco Company
PO Box 6267
Broadview, IL 60155-6267

Beaver Oil Co
6037 Lenzi Ave
Hodgkins, IL 60525-4242

Benjamin Ranallo
4407 W Ole Farm Road
Plainfield, IL 60586-7548

Bijur Delimon International
Box 74727
Cleveland, OH 44194-0810

Bloomingdale Bank & Trust
Bank of Itasca
150 S. Bloomingdale Road
Bloomingdale, Illinois 60108-1493

Blue Cross Blue Shield of IL
300 E. Randolph
Chicago, IL 60601-5099

Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186

CMA Flodine Hydrodine
1000 Muirfield Drive
Oak Park, IL 60133-5468

Cardinal Metals
119 Bond Street
Elk Grove Village, IL 60007-1218

Carlton-Bates Company
PO Box 676182
Dallas, TX 75267-6182

Catching Fluidpower Inc
3643 Eagle Way
Chicago, IL 60678-0001

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chicago Bears Football Club
97738 Eagle Way
Chicago, IL 60678-0001

Chicago Flame Hardening Co Inc
5200 Railroad Ave
East Chicago, IL 46312-3841

Chicago Suburban Express
PO Box 388568
Chicago, IL 60638-8568

Cincinnati Tool Steel Company
5190 28th Avenue
Rockford, IL 61109-1756

Cintas Corporation #344
PO Box 7759
Romeoville, IL 60446-0759

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove, IL 60007-2121

Classic Graphic Industries Inc
519 Wrightwood
Elmhurst, IL 60126-1047

Clearstaff
7501 S Lemont Rd, Ste 220
Woodridge, IL 60517-2679

Colonial Tool Group Inc
Colonial
1691  Walker Rd
Windsor, On N8W 3P1
Canada

ComEd Co.
2100 Swift Drive
Attn.: Bankruptcy Section/Revenue Mgmt.
OakBrook, IL 60523-1559

Commonwealth Edison
509 N Dearborn St
Chicago, IL 60654-4802

Cook County Dept. Of Revenue
PO Box 641670.
Chicago, IL  60664-1670

D/C Export & Domestic Packing Inc
1300 E. Devon Ave
Elk Grove Village, IL 60007-5831

DE-STA-CO
23478 Network Place
Chicago, IL 60673-0001

DHL Express (USA) Inc
14105 Collections Ctr Dr
Chicago, IL 60693-0001

DME Company
Dept Lockbox 78242
PO Box 78000
Detroit, MI 48278-0242

Debra Klco
1120 Anvil Court
Addison, IL 60101-1107

Diamond Industrial Tools Inc
6712 Crawford Ave
Lincolnwood, IL 60712-3587

Die Specialty Company
3030 S 25th Avenue
Broadview, IL 60155-4579

Dominion Retail Inc.
501 Martindale Street
Pittsburgh, PA 15212-5817

Dura-Bar Metal Services
Lock Box 73409
Chicago, IL 60673-7409

Dynamic Metal Treating Inc
7784 Ronda Drive
Canton Twp, MI 48187-2447

E&T Plastics of Illinois Inc
45-45 37th St
Long Is, NY 11101-1801

Emedco
39209 Treasury Center
Chicago, IL 60694-9200

Englewood
PO Box 802578
Chicago, IL 60680-2578

Erie Industrial  Products Co
1234 Bristol Ave
Westchester, IL 60154-3702

Erie Marking Tool & Awards
PO Box 1486
Saginaw, MI 48605-1486

Estate of Marian Dine, decd
101 OLD OAK DR APT 206
BUFFALO GROVE IL 60089-3639

Eugene R. Daudelin, Inc
10034 Roosevelt Rd.
Westchester, IL 60154-2660

Expert Metal Finishing, Inc
1900 N Austin Ave
Mail Box 34
Chicago, IL 60639-5010

Ezautomation
Div of Autotech Technologies LP
1102 Momentum Place
Chicago, IL 60689-5311

Federal Express Corp
PO Box 95001
Lakeland, FL 33804-5001

Festo Corporation
PO Box 1355
Buffalo, NY 14240-1355

Fifth Third Bank
545 Sherwood Road
La Grange, IL 60526-5624

First Chicago Bank & Trust
Katten Muchin Rosenman LLP
c/o Jeffrey A Chadwick
525 W Monroe Stree
Chicago, IL 60661-3693

Fluid Power Engr Co Inc
110 Gordon
Elk Grove, IL 60007-1120

Fort Dearborn Life Ins Co
36788 Eagle Way
Chicago, IL 60678-0001

GMAC
PO Box 308092
Bloomington, MN 53448-0902

GMAC Payment Processing Center
P.O. Box 79135
Phoenix, AZ 85062-9135

Gear Solutions
PO Box 1210
Pelham, AL 35124-5210

Gexpro
f/k/a GE Supply
POB 33127
Louisville, KY 40232-3127

Grainger
Dept 801580465
Palatine, IL 60038-0001

Great Lakes Took Service Inc
770 Edgewood Ave
Wood Dale, IL 60191-1249

Gusher Pumps
PO Box 633162
Cincinnati, OH 45263-3162

HMR Kramer Plumbing Inc
2213 Westwood Dr
Hillside, IL 60162-2207

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

HTM Electronics
8651 Buffalo Ave
Niagara Falls, NY 14304-4382

Hardinge Inc
Box 1212
Elmira, NY 14902-1212

Harris N.A.
PO Box 6290
Carol Stream, IL 60197-6290

Hensley Precision Carbide
38451 Webb Drive
Westland, MI 48185-1975

Hinckley Springs
5660 New Northside Drive, Suite 500
Atlanta, GA 30328-5826

ICI Paints
21033 Network Place
Chicago, IL 60673-0001

IFM Efector Inc
782 Springdale Dr
Exton, PA 19341-2850

IGUS Inc
PO Box 14349
E Providence, RI 02914-0349

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illlini Coolant Management Corp
8011 N Parkside
Morton Grove, IL 60053-3543

Indiana Department of Revenue
Indianapolis, IN 46201

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Ionbond, LLC
PO Box 18473#
Neward, NJ 07191-0001

Iowa Department of Revenue
1004 10th Street South,
Northwood, IA 50459-1844

Iverson & Company
441 N Third Ave
Des Plaines, IL 60016-1199

J&H Machine Tool Specialty Inc
1190 Richards Road, Unit 6
Hartland,WI 53029-8302

J&H Machine Tools Inc
PO Box 60782
Charlotte, NC 28260-0782

J&R Material Handling Services, Inc.
P O Box 358
LaGrange, IL 60525-0358

J.A. Luttrell Company
5129 Trumpeter Drive
Portage, MI 49024-5512

J.R. Pedersen
1015 Sable Drive
Addison, IL 60101-1157

Janusz Marszalik
464 Julia Dr
Romeoville, IL 60446-4072

Janusz Marzalik
464 Julia Drive
Romeoville, IL 60446-4072

Javier Valdez
146 S La Londe Ave
Addison, IL 60101-3349

Jeffrey's Manufacturing Solutions
PO Box 405649
Atlanta, IL 30384-5649

Jeffreys Mfg.
8500 Triad Drive
Colfax NC 27235-9403

Jerico Inc
705 Springer Drive
Lombard, IL 60148-6412

Jesus Escalera
5504 W 23rd Street
Cicero, IL 60804-2738

Jill Duncalf
10831 Meadowsuite Lane
Roscoe, IL 61073

John Miles
3235 S.E. Silver Spring
Milwaukie, OR 97222-7047

Joseph Czechowski
8 S 495 Boundary H 11 RD
Naperville, IL 60540

Joseph McCleren
1120 S Prospect
Wheaton, IL 60189-6830

Kingsford Broach & Tool
Po Box 2277
Kingsford, MI 49802-2277

Kiser Controls Co
7045 High Grove Blvd
Burr Ridge, IL 60527-7593

Kohlstedt Law Firm LLC
2100 Clearwater Dr
Suite 220
Oak Brook, IL 60523-5407

L-K Fire Extinguisher Service
4136 S Grove Ave
Berwyn PO, IL 60402-4495

LDI Industries
1864 Nagle Ave
PO Box 1810
Manitowoc, WI 54221-1810

LE Rogers Co
6429 W. North Ave, Room 204
Oak Park, IL 60302-1079

Landmeier Enterprises
4001 W Devon Avenue, # 404
Chicago, IL 60646-4539

Leonard Smith
21236 N. Middleton Dr
Kildeer, IL 60047-8505

Linda Witkowski
416 E. View Street
Lombard, IL 60148-1970

Livonia Magnetics Co
44005 Michigan Avenue
Canton, MI 48188-2594

Lopin Westchester LLC
4001 W Devon Ave
Suite 404
Chicago, IL 60646-4539

Lopin Westchester LLC
4001 W Devon, Ste 404
Chicago, IL 60646-4539

MB Industrial Sales
PO Box 238
West Chester, PA 19381-0238

MSC Industrial Supply
75 Maxess Road
Melville New York 11747-3151

Manufacturer's News Inc
1633 Central St
Evanston, IL 60201-1569

MarTec Associates Inc
1510 Jarvis
Elk Grove, IL 60007-2402

Marcello Tapia
2534 S. Euclid
Berwin, IL 60402-2509

Master-Brew Beverages Inc
PO Box 1508
Northbrook, IL 60065-1508

Masterman's
PO Box 411
Auburn, MA 01501-0411

Matis Inc
PO Box 1437
Bridgeview, Il 60455-0437

McBee Sytems Inc
PO Box 88042
Chicago, IL 60680-1042

McMaster - Carr Supply Co
POB 4355
Chicago, IL 60680-4355

Melodie Waters
3 S. 236 Cyprus Dr.
Glen Elyn, IL 60137-7361

Metals Technology Corp
120 N Schmale Rd
Carol Stream, IL 60188-2151

Michigan Department of Treasury
East Lansing, MI 48823

Midwest Time Recorder
7964 S Madison St
Burr Ridge, IL 60527-5806

Miller Broach
PO Box 99
Capac, MI 48014-0099

Miller Transfer & Rigging Co
PO Box 453
Rootstown, OH 44272-0453

Milwaukee Broach Co
PO Box 224
Butler, WI 53007-0224

Minnesota Commissioner of Rev.
600 North Robert St.
St. Paul, MN 55101-2228

Mr & Mrs Charles Miles
8416 Rucker
Gross Ile, MI 48138-1910

National Child Safety Council
PO Box 1368
Jackson, MI 49204-1368

National Fire Safety Council
Westchester Fire Dept
10240 Roosevelt Rd
Westchester, IL 60154-2573

Neopost
PO Box 45800
San Francisco, CA 94145-0800

Neopost Leasing
478 Wheelers Farms Road
Milford, CT 06461-9105

Neopost Leasing
PO Box 45822
San Francisco, CA 94145-0822

Nicor
PO Box 2020
Aurora, IL 60507-2020

Octavia Tool & Gage Co
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004-7696

Oerlikon Balzers Inc
PO Box 5837
Carol Stream, IL 60197-5837

Office Equipment Sales
5319 W 25th St
Cicero, IL 60804-3311

Ohio Treasurer Of State
9th Floor
30 East Broad Street
Columbus, Ohio 43215-3461

Orange Transfer Company
Brian E Monaghan
1804 S Kilbourn Ave
Chicago, IL 60623-2306

Orkin Exterminating Co Inc
603 E Diehl Rd, Ste 124
Naperville, Il 60563-4904

PMTS
6915 Valley Ave
Cincinnati, OH 45244-3029

Palatine Welding Company
3848 Berdnick St
Rolling Meadows, IL 60008-1003

Pantron Automation Inc
PO Box 6039
Gastonia, NC 28056-6000

Parker Hannifin Corp
Cylinder Division
7899 Collection Center Dr
Chicago, IL 60693-0001

Parker Hannifin Corporation
Cylinder Division
6035 Parkland Blvd.
Cleveland, OH 44124-4186

Phil Klos

Philip Klos
2516 Westover Ave
N. Riverside, IL 60546-1541

Pioneer Broach Company
6434 Telegraph Rd
Los Angeles, CA 90040-2593

Porter Pipe & Supply Co
35049 Eagle Way
Chicago, IL 60678-0001

Power/Mation Division
1310 Ereson Lane
St Paul, MN 55108

Precision Machined Products
6700 W Snowville Road
Brecksville, OH 44141-3292

Radar Tool and Mfg.
23201 Blackstone
Warren, MI 48089-4209

Raymond A. Mueller
533 Moreland Ave.
Addison, IL 60101-3461

Reid Supply Co
PO Box 179
Muskegon, MI 49443-0179

Reliable Life Ins.
PO Box 9179
Minneapolis, MN 55480-9179

Rev. T. H Miles
1910 N. W. 108th Street
Vancouver, WA 98685-5080

Revere Electric Supply Co
3866 Paysphere Circle
Chicago, IL 60674-0038

Richard Shea
645 W. Belden
Elmhurst, IL 60126-1869

Richter Precision Inc
PO Box 159
East Petersburg, PA 17520-0159

Ritter Engineering Co
PO Box 8500-4285
Philadelphia, PA 19178-0001

Robert Slifka
2150 W. 59th Street
Downers Grove, IL 60516-1149

Roberto Rivas
8206 Waterbury Dr.
Joliet, IL 60431-7581

Roger Luszczewski
6 N 661 Pine
Bensenville, IL 60106

SKF Linear Motion Precision
1230 Cheyenne Avenue
Grafton, WI 53024-9539

SKF Linear Motion Precision
PO Box 643911
Pittsburgh, PA 15264-3911

SMC Corporation of America
PO Box 70269
Chicago, IL 60673-0269

SMS Machine Tools LTD
32 Claireville Drive
Toronto Ontario
CANADA M9W 5T9

Scheck Lumber Co Inc
920 W 18th St
Broadview, IL 60155-4893

Schmidt, Pritchard & Co, Inc
9801 W Lawrence Ave
Schiller Park, IL 60176-1135

Sentry Insurance
Box 88315
Milwaukee, WI 53288-0001

Shell Oil Company
P.O. Box 2463,
Houston, TX 77252-2463

Signaworks - Industrial Signal
Genesis Automation Inc
9013 Heritage Dr
Plalin City, OH 43064-9493

Simko Grinding Co
PO Box 68
Posen, IL 60469-0068

Special Olympics Illinois
PO Box 699
Normal, IL 61761-0699

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674-0026

Steven M Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709

Steven Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709

Studio Eleven/Vivid Mfg Group
PO Box 315
Fort Laramie, OH 45845-0315

Sun Life Financial
Box No 6168
Carol Stream, IL 60197-6168

Tazz Broach & Machine Inc
34026 James J Pompo
Fraser, MI 48026-1643

Tech-Max Machine Inc
1170 W Ardmore Ave
Itasca, Il 60143-1306

Techa-Tool Inc
PO Box 467
Hartland, WI 53029-0467

Terrace Supply Company
PO Box 5022
Villa Park, IL 60181-5022

The Glidden Company
ICI Paints
15885 W Sprague Rd. HQW Rm # A105
Strongsville, OH 44136-1772

Thomas Publishing Co LLC
Dept. Ch 14193
Palatine, IL 60055-4193

Thomas Publishing Company
5 Penn Plaza
New York, NY 10001-1860

Tool Crib Supply, Inc
151 Eastern Avenue
Bensenville, IL 60106-1159

Tooling & Manufacturing Assoc.
1177 S Dee Road
Park Ridge, IL 60068-4396

Triangle Broach Co
18404 Fitzpatrick
Detroit, MI 48228-1420

Turbine Broach Company
PO Box 1437
Crystal River, FL 34423-1437

U.S. Postal Service
10240 W Roosevelt Rd, Ste A
Westchester, IL 60154-2577

UPS Supply Chain Solutions Inc
Attn: Customs Brokerage Services
12380 Morris Road
Alpharetta, GA 30005-4177

USF Holland
27052 Network Place
Chicago, IL 60673-0001

United Parcel Service
55 Glenlake Parkway, NE
Atlanta , GA 30328-3498

Veolia ES Solid Waste Midwest, Inc.
PO Box 6484
Carol Stream, 60197-6484

Vibro/Dynamics Corporation
2443 Barga Drive
Broadview, IL 60155-3941

Village of Westchester
10300 Roosevelt Rd
Westchester, IL 60154-2596

West Coast Life Ins Co
343 Sansome Street
San Francisco, CA 94104-1344

William Folsom
285 South Street
Elmhurst, IL 60126-4001

Wisco
PO Box 88666
Chicago, IL 60680-1666

Wisconsin Dept. of Revenue
P.O. Box 8906
Madison, WI 53708-8906

Witt Disintegrating Service
Ralph C. Gravrok
729 W. Fullerton Ave, Unit F
Addison, IL 60101-3260

Wolf & Co LLP
2100 Clearwater Drive
Oak Brook, IL 60523-1963

Xerox Capital Services LLC
Attn: Vanessa Adams
1301 Ridgeview Drive 450
Lewisville, TX 75057-6018

Xerox Corporation
PO Box 802555
Chicago, IL 60680-2555

Zagar Inc
24000 Lakeland Blvd
Cleveland, OH 44132-2646

Zenger's Inc
11132 W. Grand Ave
Melrose Park, IL 60164-1131

Zep Manufacturing Company
13237 Collections Center Dr
Chicago, IL 60693-0001

Zipprich Contractors Inc
959 N Garfield St
Lombard, IL 60148-1336

David P Leibowitz ESQ
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4216

Jonathan T Brand
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085-4216

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank                        (d)Advanta Bank Corp                Illinois Department of Revenue
PO Box 8088                         PO Box 8088                         100 W Randolph Street # 700,
Philadelphia, PA 19101              Philadelphia, PA 19101-8088         Chicago, IL 60601

Internal Revenue Service            (d)United States Treasury
Centralized Insolvency Operations   Internal Revenue Service
P.O. Box 21126                      Cincinnati, OH 45999-0039
Philadelphia, Pa 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Chicago Bank & Trust       (u)ADT Security Systems             (u)Andrew Mueller

(d)GMAC                             (u)Joseph McClearn                  (u)Rick Shea
PO BOX 130424
ROSEVILLE MN 55113-0004

(u)Roberto Rivas                    (u)Roger Luszczewski                (d)Steven M. Mueller
                                                                        215 Lundy Lane
                                                                        Schaumburg, IL 60193-1709

(d)Ty Miles, Inc                    (u)William Folsom                   (d)Wolf & Company
9855 Derby Ln                                                           2100 Clearwater Drive
Westchester, IL 60154-3792                                              Oak Brook, IL 60523-1963

End of Label Matrix
Mailable recipients   239
Bypassed recipients    12
Total                 251

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TY MILES INCORPORATED, | ) | Bankruptcy No. 09 B 16986 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | Hearing Date:   April 27, 2010 |
| _____ | ) | Hearing Time:   10:30 a.m. |

### NOTICE OF MOTION

**To:**    U.S. Trustee William T. Neary, Office of the U.S. Trustee
See Attached Service List

PLEASE TAKE NOTICE that on **Tuesday, April 27, 2010 at 10:30 a.m.,** we will appear before the Honorable Pamela S. Hollis or such other Judge as may be presiding in that Judge's stead, in Courtroom 644, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present this, **Debtor's Motion to Enter Final Decree and Close Chapter 11 Case,** a copy of which is attached hereto and served upon you herewith.

**TY MILES INCORPORATED,**
Debtor In Possession

By: */s/ Jonathan T. Brand*
Jonathan T. Brand

Date: April 19, 2010

### CERTIFICATE OF SERVICE

On April 19, 2010, the undersigned certifies that on this date, she caused a copy of the above document to be served upon each person shown on the within Notice, by United States Mail, via a third party, U.S. Bankruptcy Court Approved Notice Provider, BK Attorney Services. Those listed on the attached CM/ECF Service List were served with CM/ECF the Courts Electronic Notification System. Those marked with an * were served via Court's ECF System.

*/s/ Hillary Passarelli*
Paralegal

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100

Label Matrix for local noticing
0752-1
Case 09-16986
Northern District of Illinois
Chicago
Mon Apr 19 10:06:39 CDT 2010

GMAC
PO Box 130424
Roseville, MN 55113-0004

Lakelaw
420 W Clayton
Waukegan, IL 60085-4216

Ty Miles Incorporated
9855 Derby Lane
Westchester, IL 60154-3792

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

1701 Research Boulevard
Rockville, Maryland 20850-3171

AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK  73124-8809

AMT - The Assn for Mfg Tech
7901 Westpark Drive
McClean, VA 22102-4206

AT&T
1101 S Canal St Unit 105
Chicago, IL 60607-4938

ATVB Abrasive Wheel Co
PO Box 805947
Chicago, IL 60680-4120

Acar Broach & Machine Co Inc
21391 Carlop
Clinton Township, MI 48038-1511

Accurate Tool & Mfg Corp
6139 W Ogden Ave
Cicero, IL 60804-3751

Accurite Welding Services
501 S. County Line Rd
Franklin Park, IL 60131-1013

Action Marking Products Co
1175 S Eastwood Dr
Woodstock, IL 60098-4644

Action Rubber Stamp & Marking
PO Box 1718
Woodstock, IL 60098-1718

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

All Control
1644 Cambridge Dr.
Elgin, IL 60123-1143

All-Brite Anondizing Co
100 W Lake Street
Northlake, IL 60164-2426

Alliance Broach & Tool
5664 N River Road
East China, MI 48054-4176

Alro Steel Corporation
Drawer # 641005
Detroit, MI 48264-1005

Alster Machining Corp.
4243 W Diversey Ave
Chicago, IL 60639-2002

American Chartered Bank
PO Box 5940
Carol Stream, IL 60197-5940

American Express
PO Box 650448
Dallas, TX 75265-0448

Americare National Hygiene Sup
225 Laura Drive, Unit B
Addison, IL 60101-5017

Amerigas - Cicero
Dept 0140
Palatine, Il 60055-0140

Andrew Juzczyk
5305 W 108th Place
Oak Lawn, IL 60453-5051

Applied Hydraulic Servs Corp
273 N California Ave
Chicago, IL 60612-1903

Arkady Lekakh
214 Jacobs Court
Buffalo Grove, IL 60089-1509

Atlas Copco Compressors LLC
75 Remittance Drive, Ste 3009
Chicago, IL 60675-3009

Automatic Data Processing
PO Box 78415
Phoenix, AZ 85062-8415

Avaya Inc
PO Box 125
Carol Stream, IL 60197-5125

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

B&R Industries Inc
12 Commerical Blvd
Medford, NY 11763-1523

BW Supply Co
15048 County Rd 10-3
Lyons, OH 43533

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bearing Headquarters Co
A Headco Company
PO Box 6267
Broadview, IL 60155-6267

Beaver Oil Co
6037 Lenzi Ave
Hodgkins, IL 60525-4242

Benjamin Ranallo
4407 W Ole Farm Road
Plainfield, IL 60586-7548

Bijur Delimon International
Box 74727
Cleveland, OH 44194-0810

Bloomingdale Bank & Trust
Bank of Itasca
150 S. Bloomingdale Road
Bloomingdale, Illinois 60108-1493

Blue Cross Blue Shield of IL
300 E. Randolph
Chicago, IL 60601-5099

Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186

CMA Flodine Hydrodine
1000 Muirfield Drive
Oak Park, IL 60133-5468

Cardinal Metals
119 Bond Street
Elk Grove Village, IL 60007-1218

Carlton-Bates Company
PO Box 676182
Dallas, TX 75267-6182

Catching Fluidpower Inc
3643 Eagle Way
Chicago, IL 60678-0001

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chicago Bears Football Club
97738 Eagle Way
Chicago, IL 60678-0001

Chicago Flame Hardening Co Inc
5200 Railroad Ave
East Chicago, IL 46312-3841

Chicago Suburban Express
PO Box 388568
Chicago, IL 60638-8568

Cincinnati Tool Steel Company
5190 28th Avenue
Rockford, IL 61109-1756

Cintas Corporation #344
PO Box 7759
Romeoville, IL 60446-0759

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove, IL 60007-2121

Classic Graphic Industries Inc
519 Wrightwood
Elmhurst, IL 60126-1047

Clearstaff
7501 S Lemont Rd, Ste 220
Woodridge, IL 60517-2679

Colonial Tool Group Inc
Colonial
1691  Walker Rd
Windsor, On N8W 3P1
Canada

ComEd Co.
2100 Swift Drive
Attn.: Bankruptcy Section/Revenue Mgmt.
OakBrook, IL 60523-1559

Commonwealth Edison
509 N Dearborn St
Chicago, IL 60654-4802

Cook County Dept. Of Revenue
PO Box 641670.
Chicago, IL  60664-1670

D/C Export & Domestic Packing Inc
1300 E. Devon Ave
Elk Grove Village, IL 60007-5831

DE-STA-CO
23478 Network Place
Chicago, IL 60673-0001

DHL Express (USA) Inc
14105 Collections Ctr Dr
Chicago, IL 60693-0001

DME Company
Dept Lockbox 78242
PO Box 78000
Detroit, MI 48278-0242

Debra Klco
1120 Anvil Court
Addison, IL 60101-1107

Diamond Industrial Tools Inc
6712 Crawford Ave
Lincolnwood, IL 60712-3587

Die Specialty Company
3030 S 25th Avenue
Broadview, IL 60155-4579

Dominion Retail Inc.
501 Martindale Street
Pittsburgh, PA 15212-5817

Dura-Bar Metal Services
Lock Box 73409
Chicago, IL 60673-7409

Dynamic Metal Treating Inc
7784 Ronda Drive
Canton Twp, MI 48187-2447

E&T Plastics of Illinois Inc
45-45 37th St
Long Is, NY 11101-1801

Emedco
39209 Treasury Center
Chicago, IL 60694-9200

Englewood
PO Box 802578
Chicago, IL 60680-2578

Erie Industrial  Products Co
1234 Bristol Ave
Westchester, IL 60154-3702

Erie Marking Tool & Awards
PO Box 1486
Saginaw, MI 48605-1486

Estate of Marian Dine, decd
101 OLD OAK DR APT 206
BUFFALO GROVE IL 60089-3639

Eugene R. Daudelin, Inc
10034 Roosevelt Rd.
Westchester, IL 60154-2660

Expert Metal Finishing, Inc
1900 N Austin Ave
Mail Box 34
Chicago, IL 60639-5010

Ezautomation
Div of Autotech Technologies LP
1102 Momentum Place
Chicago, IL 60689-5311

Federal Express Corp
PO Box 95001
Lakeland, FL 33804-5001

Festo Corporation
PO Box 1355
Buffalo, NY 14240-1355

Fifth Third Bank
545 Sherwood Road
La Grange, IL 60526-5624

First Chicago Bank & Trust
Katten Muchin Rosenman LLP
c/o Jeffrey A Chadwick
525 W Monroe Stree
Chicago, IL 60661-3693

Fluid Power Engr Co Inc
110 Gordon
Elk Grove, IL 60007-1120

Fort Dearborn Life Ins Co
36788 Eagle Way
Chicago, IL 60678-0001

GMAC
PO Box 308092
Bloomington, MN 53448-0902

GMAC Payment Processing Center
P.O. Box 79135
Phoenix, AZ 85062-9135

Gear Solutions
PO Box 1210
Pelham, AL 35124-5210

Gexpro
f/k/a GE Supply
POB 33127
Louisville, KY 40232-3127

Grainger
Dept 801580465
Palatine, IL 60038-0001

Great Lakes Took Service Inc
770 Edgewood Ave
Wood Dale, IL 60191-1249

Gusher Pumps
PO Box 633162
Cincinnati, OH 45263-3162

H&R Kramer Plumbing Inc
2213 Westwood Dr
Hillside, IL 60162-2207

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219


HTM Electronics
8651 Buffalo Ave
Niagara Falls, NY 14304-4382

Hardinge Inc
Box 1212
Elmira, NY 14902-1212

Harris N.A.
PO Box 6290
Carol Stream, IL 60197-6290


Hensley Precision Carbide
38451 Webb Drive
Westland, MI 48185-1975

Hinckley Springs
5660 New Northside Drive, Suite 500
Atlanta, GA 30328-5826

ICI Paints
21033 Network Place
Chicago, IL 60673-0001


IFM Efector Inc
782 Springdale Dr
Exton, PA 19341-2850

IGUS Inc
PO Box 14349
E Providence, RI 02914-0349

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338


Illlini Coolant Management Corp
8011 N Parkside
Morton Grove, IL 60053-3543

Indiana Department of Revenue
Indianapolis, IN 46201

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


Ionbond, LLC
PO Box 18473#
Neward, NJ 07191-0001

Iowa Department of Revenue
1004 10th Street South,
Northwood, IA 50459-1844

Iverson & Company
441 N Third Ave
Des Plaines, IL 60016-1199


J&H Machine Tool Specialty Inc
1190 Richards Road, Unit 6
Hartland,WI 53029-8302

J&H Machine Tools Inc
PO Box 60782
Charlotte, NC 28260-0782

J&R Material Handling Services, Inc.
P O Box 358
LaGrange, IL 60525-0358


J.A. Luttrell Company
5129 Trumpeter Drive
Portage, MI 49024-5512

J.R. Pedersen
1015 Sable Drive
Addison, IL 60101-1157

Janusz Marszalik
464 Julia Dr
Romeoville, IL 60446-4072


Janusz Marzalik
464 Julia Drive
Romeoville, IL 60446-4072

Javier Valdez
146 S La Londe Ave
Addison, IL 60101-3349

Jeffrey's Manufacturing Solutions
PO Box 405649
Atlanta, IL 30384-5649


Jeffreys Mfg.
8500 Triad Drive
Colfax NC 27235-9403

Jerico Inc
705 Springer Drive
Lombard, IL 60148-6412

Jesus Escalera
5504 W 23rd Street
Cicero, IL 60804-2738

Jill Duncalf
10831 Meadowsuite Lane
Roscoe, IL 61073

John Hiles
3235 S.E. Silver Spring
Milwaukie, OR 97222-7047

Joseph Czechowski
8 S 495 Boundary H 11 RD
Naperville, IL 60540


Joseph McCleren
1120 S Prospect
Wheaton, IL 60189-6830

Kingsford Broach & Tool
Po Box 2277
Kingsford, MI 49802-2277

Kiser Controls Co
7045 High Grove Blvd
Burr Ridge, IL 60527-7593


Kohlstedt Law Firm LLC
2100 Clearwater Dr
Suite 220
Oak Brook, IL 60523-5407

L-K Fire Extinguisher Service
4136 S Grove Ave
Berwyn PO, IL 60402-4495

LDI Industries
1864 Nagle Ave
PO Box 1810
Manitowoc, WI 54221-1810


LE Rogers Co
6429 W. North Ave, Room 204
Oak Park, IL 60302-1079

Landmeier Enterprises
4001 W Devon Avenue, # 404
Chicago, IL 60646-4539

Leonard Smith
21236 N. Middleton Dr
Kildeer, IL 60047-8505


Linda Witkowski
416 E. View Street
Lombard, IL 60148-1970

Livonia Magnetics Co
44005 Michigan Avenue
Canton, MI 48188-2594

Lopin Westchester LLC
4001 W Devon Ave
Suite 404
Chicago, IL 60646-4539


Lopin Westchester LLC
4001 W Devon, Ste 404
Chicago, IL 60646-4539

MB Industrial Sales
PO Box 238
West Chester, PA 19381-0238

MSC Industrial Supply
75 Maxess Road
Melville New York 11747-3151


Manufacturer's News Inc
1633 Central St
Evanston, IL 60201-1569

MarTec Associates Inc
1510 Jarvis
Elk Grove, IL 60007-2402

Marcello Tapia
2534 S. Euclid
Berwin, IL 60402-2509


Master-Brew Beverages Inc
PO Box 1508
Northbrook, IL 60065-1508

Masterman's
PO Box 411
Auburn, MA 01501-0411

Matis Inc
PO Box 1437
Bridgeview, Il 60455-0437


McBee Sytems Inc
PO Box 88042
Chicago, IL 60680-1042

McMaster - Carr Supply Co
POB 4355
Chicago, IL 60680-4355

Melodie Waters
3 S. 236 Cyprus Dr.
Glen Elyn, IL 60137-7361


Metals Technology Corp
120 N Schmale Rd
Carol Stream, IL 60188-2151

Michigan Department of Treasury
East Lansing, MI 48823

Midwest Time Recorder
7964 S Madison St
Burr Ridge, IL 60527-5806

Miller Broach
PO Box 99
Capac, MI 48014-0099

Miller Transfer & Rigging Co
PO Box 453
Rootstown, OH 44272-0453

Milwaukee Broach Co
PO Box 224
Butler, WI 53007-0224

Minnesota Commissioner of Rev.
600 North Robert St.
St. Paul, MN 55101-2228

Mr & Mrs Charles Miles
8416 Rucker
Gross Ile, MI 48138-1910

National Child Safety Council
PO Box 1368
Jackson, MI 49204-1368

National Fire Safety Council
Westchester Fire Dept
10240 Roosevelt Rd
Westchester, IL 60154-2573

Neopost
PO Box 45800
San Francisco, CA 94145-0800

Neopost Leasing
478 Wheelers Farms Road
Milford, CT 06461-9105

Neopost Leasing
PO Box 45822
San Francisco, CA 94145-0822

Nicor
PO Box 2020
Aurora, IL 60507-2020

Octavia Tool & Gage Co
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004-7696

Oerlikon Balzers Inc
PO Box 5837
Carol Stream, IL 60197-5837

Office Equipment Sales
5319 W 25th St
Cicero, IL 60804-3311

Ohio Treasurer Of State
9th Floor
30 East Broad Street
Columbus, Ohio 43215-3461

Orange Transfer Company
Brian E Monaghan
1804 S Kilbourn Ave
Chicago, IL 60623-2306

Orkin Exterminating Co Inc
603 E Diehl Rd, Ste 124
Naperville, Il 60563-4904

PMTS
6915 Valley Ave
Cincinnati, OH 45244-3029

Palatine Welding Company
3848 Berdnick St
Rolling Meadows, IL 60008-1003

Pantron Automation Inc
PO Box 6039
Gastonia, NC 28056-6000

Parker Hannifin Corp
Cylinder Division
7899 Collection Center Dr
Chicago, IL 60693-0001

Parker Hannifin Corporation
Cylinder Division
6035 Parkland Blvd.
Cleveland, OH 44124-4186

Phil Klos

Philip Klos
2516 Westover Ave
N. Riverside, IL 60546-1541

Pioneer Broach Company
6434 Telegraph Rd
Los Angeles, CA 90040-2593

Porter Pipe & Supply Co
35049 Eagle Way
Chicago, IL 60678-0001

Power/Mation Division
1310 Ereson Lane
St Paul, MN 55108

Precision Machined Products
6700 W Snowville Road
Brecksville, OH 44141-3292

Radar Tool and Mfg.
23201 Blackstone
Warren, MI 48089-4209

Raymond A. Mueller
533 Moreland Ave.
Addison, IL 60101-3461

Reid Supply Co
PO Box 179
Muskegon, MI 49443-0179

Reliastar Life Ins.
PO Box 9179
Minneapolis, MN 55480-9179

Rev. T. H Miles
1910 N. W. 108th Street
Vancouver, WA 98685-5080

Revere Electric Supply Co
3866 Paysphere Circle
Chicago, IL 60674-0038

Richard Shea
645 W. Belden
Elmhurst, IL 60126-1869

Richter Precision Inc
PO Box 159
East Petersburg, PA 17520-0159

Ritter Engineering Co
PO Box 8500-4285
Philadelphia, PA 19178-0001

Robert Slifka
2150 W. 59th Street
Downers Grove, IL 60516-1149

Roberto Rivas
8206 Waterbury Dr.
Joliet, IL 60431-7581

Roger Luszczewski
6 N 661 Pine
Bensenville, IL 60106

SKF Linear Motion Precision
1230 Cheyenne Avenue
Grafton, WI 53024-9539

SKF Linear Motion Precision
PO Box 643911
Pittsburgh, PA 15264-3911

SMC Corporation of America
PO Box 70269
Chicago, IL 60673-0269

SMS Machine Tools LTD
32 Claireville Drive
Toronto Ontario
CANADA M9W 5T9

Scheck Lumber Co Inc
920 W 18th St
Broadview, IL 60155-4893

Schmidt, Pritchard & Co, Inc
9801 W Lawrence Ave
Schiller Park, IL 60176-1135

Sentry Insurance
Box 88315
Milwaukee, WI 53288-0001

Shell Oil Company
P.O. Box 2463,
Houston, TX 77252-2463

Signaworks - Industrial Signal
Genesis Automation Inc
9013 Heritage Dr
Plalin City, OH 43064-9493

Simko Grinding Co
PO Box 68
Posen, IL 60469-0068

Special Olympics Illinois
PO Box 699
Normal, IL 61761-0699

Sprint
PO Box 4191
Carol Stream, IL 60197-4191

Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674-0026

Steven M Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709

Steven Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709

Studio Eleven/Vivid Mfg Group
PO Box 315
Port Laramie, OH 45845-0315

Sun Life Financial
Box No 6168
Carol Stream, IL 60197-6168

Tazz Broach & Machine Inc
34026 James J Pompo
Fraser, MI 48026-1643

Tech-Max Machine Inc
1170 W Ardmore Ave
Itasca, Il 60143-1306

Techa-Tool Inc
PO Box 467
Hartland, WI 53029-0467

Terrace Supply Company
PO Box 5022
Villa Park, IL 60181-5022

The Glidden Company
ICI Paints
15885 W Sprague Rd. HQW Rm # A105
Strongsville, OH 44136-1772

Thomas Publishing Co LLC
Dept. Ch 14193
Palatine, IL 60055-4193

Thomas Publishing Company
5 Penn Plaza
New York, NY 10001-1860

Tool Crib Supply, Inc
151 Eastern Avenue
Bensenville, IL 60106-1159

Tooling & Manufacturing Assoc.
1177 S Dee Road
Park Ridge, IL 60068-4396

Triangle Broach Co
18404 Fitzpatrick
Detroit, MI 48228-1420

Turbine Broach Company
PO Box 1437
Crystal River, FL 34423-1437

U.S. Postal Service
10240 W Roosevelt Rd, Ste A
Westchester, IL 60154-2577

UPS Supply Chain Solutions Inc
Attn: Customs Brokerage Services
12380 Morris Road
Alpharetta, GA 30005-4177

USF Holland
27052 Network Place
Chicago, IL 60673-0001

United Parcel Service
55 Glenlake Parkway, NE
Atlanta , GA 30328-3498

Veolia ES Solid Waste Midwest, Inc.
PO Box 6484
Carol Stream, 60197-6484

Vibro/Dynamics Corporation
2443 Barga Drive
Broadview, IL 60155-3941

Village of Westchester
10300 Roosevelt Rd
Westchester, IL 60154-2596

West Coast Life Ins Co
343 Sansome Street
San Francisco, CA 94104-1344

William Folsom
285 South Street
Elmhurst, IL 60126-4001

Wisco
PO Box 88666
Chicago, IL 60680-1666

Wisconsin Dept. of Revenue
P.O. Box 8906
Madison, WI 53708-8906

Witt Disintegrating Service
Ralph C. Gravrok
729 W. Fullerton Ave, Unit F
Addison, IL 60101-3260

Wolf & Co LLP
2100 Clearwater Drive
Oak Brook, IL 60523-1963

Xerox Capital Services LLC
Attn: Vanessa Adams
1301 Ridgeview Drive 450
Lewisville, TX 75057-6018

Xerox Corporation
PO Box 802555
Chicago, IL 60680-2555

Zagar Inc
24000 Lakeland Blvd
Cleveland, OH 44132-2646

Zenger's Inc
11132 W. Grand Ave
Melrose Park, IL 60164-1131

Zep Manufacturing Company
13237 Collections Center Dr
Chicago, IL 60693-0001

Zipprich Contractors Inc
959 N Garfield St
Lombard, IL 60148-1336

David P Leibowitz ESQ
Leibowitz Law Center
420 Clayton Street
Waukegan, IL 60085-4216

Jonathan T Brand
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085-4216

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank                      (d)Advanta Bank Corp              Illinois Department of Revenue
PO Box 8088                       PO Box 8088                       100 W Randolph Street # 700,
Philadelphia, PA 19101            Philadelphia, PA 19101-8088       Chicago, IL 60601


Internal Revenue Service          (d)United States Treasury
Centralized Insolvency Operations Internal Revenue Service
P.O. Box 21126                    Cincinnati, OH 45999-0039
Philadelphia, Pa 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)First Chicago Bank & Trust     (u)ADT Security Systems           (u)Andrew Mueller



(d)GMAC                           (u)Joseph McClearn                (u)Rick Shea
PO BOX 130424
ROSEVILLE MN 55113-0004



(u)Roberto Rivas                  (u)Roger Luszczewski              (d)Steven M. Mueller
                                                                    215 Lundy Lane
                                                                    Schaumburg, IL 60193-1709



(d)Ty Miles, Inc                  (u)William Folsom                 (d)Wolf & Company
9855 Derby Ln                                                       2100 Clearwater Drive
Westchester, IL 60154-3792                                          Oak Brook, IL 60523-1963


End of Label Matrix
Mailable recipients   239
Bypassed recipients    12
Total                 251

## CM/ECF SERVICE LIST

**Counsel for First Chicago Bank and Trust**
Jeffrey A Chadwick
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5318
(312) 577-8869 (fax)
jeffrey.chadwick@kattenlaw.com

Joshua A Gad-Harf
Katten Muchin Rosenman LLP
525 W. Monroe St.
Chicago, IL 60661
(312) - 9025208
joshua.gad-harf@kattenlaw.com

**Counsel for GMAC**
James M Philbrick
Law Offices of James M. Philbrick, P.C.
P. O. Box 351
Mundelein, IL 60060
jmphilbrick@att.net

## UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TY MILES INCORPORATED | ) | Bankruptcy No. 09 B 16986 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | Hearing Date:   April 27, 2010 |
| | ) | Hearing Time:   10:30 a.m. |

## MOTION TO ENTER FINAL DECREE AND CLOSE CHAPTER 11 CASE

Debtor Ty Miles Incorporated ("Debtor"), pursuant to 11 U.S.C. §350 and Bankruptcy Rule 3022 of the Federal Rules of Bankruptcy Procedure, seeks entry of an Order of Final Decree closing this Chapter 11 Case. In support of this Motion, the Debtor respectfully states as follows:

1.      On May 10, 2009, the Debtor filed a Voluntarily Petition for relief under Chapter 11 of the Bankruptcy Code.

2.      On January 29, 2010 the Debtor filed its Amended Plan of Reorganization (the "Plan") (Docket No. 113).

3.      On March 10, 2010, the Court entered an *Order Confirming Amended Plan of Reorganization* Dated March 2, 2010 (Docket No. 144) (the "Confirmation Order"). The Confirmation Order is final and not subject to approval.

4.      On March 15, 2010, First Chicago Bank & Trust ("FC") received a $50,000.00 distribution pursuant to the Plan. Monthly payments will begin hereafter on April 22, 2010, and will continue to be uninterrupted until the full amount of FC's claim is paid in full.

5.      On March 16, 2010, the Debtor established and Unsecured Creditor Account, as defined in Section 5.01(d) of the Plan. In compliance with the Plan, the Debtor has begun making payments to its unsecured creditor account.

6.     The Debtor has made all payments required by the United States Trustee.

7.     Pursuant to Section 10.09 of the Plan, the foregoing distributions represent substantial consummation of the Debtor's Plan.

8.     There are no remaining contested matters pending and no further steps need to be taken to facilitate the administration of the Plan.

WHEREFORE, the Debtor, Ty Miles Incorporated, prays for an order as follows:

(a) Granting the Motion To Enter Final Decree and Close Chapter 11 Case pursuant to §350 and Bankruptcy Rule 3022;

(b) Entering Final Decree closing the Debtor's Chapter 11 case; and,

(c) For such other relief as may be just and proper.

TY MILES INCORPORATED,
Debtor In Possession

By: /s/ Jonathan T. Brand
Jonathan T. Brand

David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100
847.249.9180

## UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TY MILES INCORPORATED, | ) | Bankruptcy No. 09 B 16986 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| | ) | Hearing Date:  April 27, 2010 |
| _____ | ) | Hearing Time:  10:30 a.m. |

## FINAL DECREE CLOSING CHAPTER 11 CASE

**THIS CAUSE COMING ON TO BE HEARD** on the Debtor's Motion to Enter Final Decree

Closing Chapter 11 Case, pursuant to 11. U.S.C. §350 and Bankruptcy Rule 3022, due and proper

notice having been served, the Court having jurisdiction over the parties and subject matter and

being fully advised in the premises:

**IT IS ORDERED** that:

1.  A final Decree closing the Debtor's Chapter 11 case is hereby entered.


Date: _____     Enter:   _____
                                   Hon. Pamela S. Hollis
                                   United States Bankruptcy Court for the
                                   Northern District of Illinois


Prepared By:
David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100
847.249.9180