UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TY MILES INCORPORATED, | ) | Bankruptcy No. 09 B 16986 |
| | ) | |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Hearing Date:  April 27, 2010 |
| | ) | Hearing Time:  10:30 a.m. |

## FINAL DECREE CLOSING CHAPTER 11 CASE

**THIS CAUSE COMING ON TO BE HEARD** on the Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11. U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

**IT IS ORDERED** that:

1. A final Decree closing the Debtor's Chapter 11 case is hereby entered.

Date: APR 27 2010     Enter: _____
Hon. Pamela S. Hollis
United States Bankruptcy Court for the
Northern District of Illinois

Prepared By:
David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100
847.249.9180