IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Ty Miles Incorporated, | ) | Case No. 09 B 16986 |
| | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**To:**    *U.S. Trustee, William T. Neary.
See attached service list

I, Hillary Passarelli, caused a copy of the **Final Decree Closing Chapter 11 Case,** in the form attached hereto, to be served by U.S Mail to all creditors listed on the attached creditors matrix via a third party, U.S. Bankruptcy Court Approved Notice Provider, BK Attorney Services, LLC, on April 29, 2010. Those marked with an * were served via the courts electronic service CM/ECF.

/s/Hillary Passarelli
Paralegal

Jonathan T. Brand (ARDC # 6294885)
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085
Telephone: (847) 249-9100

Iowa Department of Revenue
Bankruptcy
PO Box 10471
Des Moines, IA 50306-0471

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-16986<br>Northern District of Illinois<br>Chicago<br>Thu Apr 29 15:42:28 CDT 2010 | GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Lakelaw<br>420 W Clayton<br>Waukegan, IL 60085-4216 |
| Ty Miles Incorporated<br>9855 Derby Lane<br>Westchester, IL 60154-3792 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | 1701 Research Boulevard<br>Rockville, Maryland 20850-3171 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | AMT - The Assn for Mfg Tech<br>7901 Westpark Drive<br>McClean, VA 22102-4206 | AT&T<br>1101 S Canal St Unit 105<br>Chicago, IL 60607-4938 |
| ATVB Abrasive Wheel Co<br>PO Box 805947<br>Chicago, IL 60680-4120 | Acar Broach & Machine Co Inc<br>21391 Carlop<br>Clinton Township, MI 48038-1511 | Accurate Tool & Mfg Corp<br>6139 W Ogden Ave<br>Cicero, IL 60804-3751 |
| Accurite Welding Services<br>501 S. County Line Rd<br>Franklin Park, IL 60131-1013 | Action Marking Products Co<br>1175 S Eastwood Dr<br>Woodstock, IL 60098-4644 | Action Rubber Stamp & Marking<br>PO Box 1718<br>Woodstock, IL 60098-1718 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | All Control<br>1644 Cambridge Dr.<br>Elgin, IL 60123-1143 | All-Brite Anondizing Co<br>100 W Lake Street<br>Northlake, IL 60164-2426 |
| Alliance Broach & Tool<br>5664 N River Road<br>East China, MI 48054-4176 | Alro Steel Corporation<br>Drawer # 641005<br>Detroit, MI 48264-1005 | Alster Machining Corp.<br>4243 W Diversey Ave<br>Chicago, IL 60639-2002 |
| American Chartered Bank<br>PO Box 5940<br>Carol Stream, IL 60197-5940 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Americare National Hygiene Sup<br>225 Laura Drive, Unit B<br>Addison, IL 60101-5017 |
| Amerigas - Cicero<br>Dept 0140<br>Palatine, Il 60055-0140 | Andrew Juzczyk<br>5305 W 108th Place<br>Oak Lawn, IL 60453-5051 | Applied Hydraulic Servs Corp<br>273 N California Ave<br>Chicago, IL 60612-1903 |
| Arkady Lekakh<br>214 Jacobs Court<br>Buffalo Grove, IL 60089-1509 | Atlas Copco Compressors LLC<br>75 Remittance Drive, Ste 3009<br>Chicago, IL 60675-3009 | Automatic Data Processing<br>PO Box 78415<br>Phoenix, AZ 85062-8415 |

Avaya Inc
PO Box 125
Carol Stream, IL 60197-5125

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

B&R Industries Inc
12 Commerical Blvd
Medford, NY 11763-1523

BW Supply Co
15048 County Rd 10-3
Lyons, OH 43533

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bearing Headquarters Co
A Headco Company
PO Box 6267
Broadview, IL 60155-6267

Beaver Oil Co
6037 Lenzi Ave
Hodgkins, IL 60525-4242

Benjamin Ranallo
4407 W Ole Farm Road
Plainfield, IL 60586-7548

Bijur Delimon International
Box 74727
Cleveland, OH 44194-0810

Bloomingdale Bank & Trust
Bank of Itasca
150 S. Bloomingdale Road
Bloomingdale, Illinois 60108-1493

Blue Cross Blue Shield of IL
300 E. Randolph
Chicago, IL 60601-5099

Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186

CMA Flodine Hydrodine
1000 Muirfield Drive
Oak Park, IL 60133-5468

Cardinal Metals
119 Bond Street
Elk Grove Village, IL 60007-1218

Carlton-Bates Company
PO Box 676182
Dallas, TX 75267-6182

Catching Fluidpower Inc
3643 Eagle Way
Chicago, IL 60678-0001

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chicago Bears Football Club
97738 Eagle Way
Chicago, IL 60678-0001

Chicago Flame Hardening Co Inc
5200 Railroad Ave
East Chicago, IN 46312-3841

Chicago Suburban Express
PO Box 388568
Chicago, IL 60638-8568

Cincinnati Tool Steel Company
5190 28th Avenue
Rockford, IL 61109-1756

Cintas Corporation #344
PO Box 7759
Romeoville, IL 60446-0759

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove, IL 60007-2121

Classic Graphic Industries Inc
519 Wrightwood
Elmhurst, IL 60126-1047

Clearstaff
7501 S Lemont Rd, Ste 220
Woodridge, IL 60517-2679

Colonial Tool Group Inc
Colonial
1691 Walker Rd
Windsor, On N8W 3P1
Canada

ComEd Co.
2100 Swift Drive
Attn.: Bankruptcy Section/Revenue Mgmt.
OakBrook, IL 60523-1559

Commonwealth Edison
509 N Dearborn St
Chicago, IL 60654-4802

Cook County Dept. Of Revenue
PO Box 641670.
Chicago, IL 60664-1670

D/C Export & Domestic Packing Inc
1300 E. Devon Ave
Elk Grove Village, IL 60007-5831

DE-STA-CO
23478 Network Place
Chicago, IL 60673-0001

DHL Express (USA) Inc
14105 Collections Ctr Dr
Chicago, IL 60693-0001

DME Company
Dept Lockbox 78242
PO Box 78000
Detroit, MI 48278-0242

Debra Klco
1120 Anvil Court
Addison, IL 60101-1107

Diamond Industrial Tools Inc
6712 Crawford Ave
Lincolnwood, IL 60712-3587

Die Specialty Company
3030 S 25th Avenue
Broadview, IL 60155-4579

Dominion Retail Inc.
501 Martindale Street
Pittsburgh, PA 15212-5817

Dura-Bar Metal Services
Lock Box 73409
Chicago, IL 60673-7409

Dynamic Metal Treating Inc
7784 Ronda Drive
Canton Twp, MI 48187-2447

E&T Plastics of Illinois Inc
45-45 37th St
Long Is, NY 11101-1801

Emedco
39209 Treasury Center
Chicago, IL 60694-9200

Englewood
PO Box 802578
Chicago, IL 60680-2578

Erie Industrial Products Co
1234 Bristol Ave
Westchester, IL 60154-3702

Erie Marking Tool & Awards
PO Box 1486
Saginaw, MI 48605-1486

Estate of Marian Dine, decd
101 OLD OAK DR APT 206
BUFFALO GROVE IL 60089-3639

Eugene R. Daudelin, Inc
10034 Roosevelt Rd.
Westchester, IL 60154-2660

Expert Metal Finishing, Inc
1900 N Austin Ave
Mail Box 34
Chicago, IL 60639-5010

Ezautomation
Div of Autotech Technologies LP
1102 Momentum Place
Chicago, IL 60689-5311

Federal Express Corp
PO Box 95001
Lakeland, FL 33804-5001

Festo Corporation
PO Box 1355
Buffalo, NY 14240-1355

Fifth Third Bank
545 Sherwood Road
La Grange, IL 60526-5624

First Chicago Bank & Trust
Katten Muchin Rosenman LLP
c/o Jeffrey A Chadwick
525 W Monroe Stree
Chicago, IL 60661-3693

Fluid Power Engr Co Inc
110 Gordon
Elk Grove, IL 60007-1120

Fort Dearborn Life Ins Co
36788 Eagle Way
Chicago, IL 60678-0001

GMAC
PO Box 308092
Bloomington, MN 53448-0902

GMAC Payment Processing Center
P.O. Box 79135
Phoenix, AZ 85062-9135

Gear Solutions
PO Box 1210
Pelham, AL 35124-5210

Gexpro
f/k/a GE Supply
POB 33127
Louisville, KY 40232-3127

Grainger
Dept 801580465
Palatine, IL 60038-0001

Great Lakes Took Service Inc
770 Edgewood Ave
Wood Dale, IL 60191-1249

Gusher Pumps
PO Box 633162
Cincinnati, OH 45263-3162

HMR Kramer Plumbing Inc
2213 Westwood Dr
Hillside, IL 60162-2207

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219


HTM Electronics
8651 Buffalo Ave
Niagara Falls, NY 14304-4382

Hardinge Inc
Box 1212
Elmira, NY 14902-1212

Harris N.A.
PO Box 6290
Carol Stream, IL 60197-6290


Hensley Precision Carbide
38451 Webb Drive
Westland, MI 48185-1975

Hinckley Springs
5660 New Northside Drive, Suite 500
Atlanta, GA 30328-5826

ICI Paints
21033 Network Place
Chicago, IL 60673-0001


IFM Efector Inc
782 Springdale Dr
Exton, PA 19341-2850

IGUS Inc
PO Box 14349
E Providence, RI 02914-0349

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338


Illlini Coolant Management Corp
8011 N Parkside
Morton Grove, IL 60053-3543

Indiana Department of Revenue
Indianapolis, IN 46201

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


Ionbond, LLC
PO Box 18473#
Neward, NJ 07191-0001

~~Iowa Department of Revenue~~
~~1004 10th Street South,~~
~~Northwood, IA 50459-1844~~

Iverson & Company
441 N Third Ave
Des Plaines, IL 60016-1199


J&H Machine Tool Specialty Inc
1190 Richards Road, Unit 6
Hartland,WI 53029-8302

J&H Machine Tools Inc
PO Box 60782
Charlotte, NC 28260-0782

J&R Material Handling Services, Inc.
P O Box 358
LaGrange, IL 60525-0358


J.A. Luttrell Company
5129 Trumpeter Drive
Portage, MI 49024-5512

J.R. Pedersen
1015 Sable Drive
Addison, IL 60101-1157

Janusz Marszalik
464 Julia Dr
Romeoville, IL 60446-4072


Janusz Marzalik
464 Julia Drive
Romeoville, IL 60446-4072

Javier Valdez
146 S La Londe Ave
Addison, IL 60101-3349

Jeffrey's Manufacturing Solutions
PO Box 405649
Atlanta, IL 30384-5649


Jeffreys Mfg.
8500 Triad Drive
Colfax NC 27235-9403

Jerico Inc
705 Springer Drive
Lombard, IL 60148-6412

Jesus Escalera
5504 W 23rd Street
Cicero, IL 60804-2738

Jill Duncalf
10831 Meadowsuite Lane
Roscoe, IL 61073

John Miles
3235 S.E. Silver Spring
Milwaukie, OR 97222-7047

Joseph Czechowski
8 S 495 Boundary E 11 RD
Naperville, IL 60540

Joseph McCleren
1120 S Prospect
Wheaton, IL 60189-6830

Kingsford Broach & Tool
Po Box 2277
Kingsford, MI 49802-2277

Kiser Controls Co
7045 High Grove Blvd
Burr Ridge, IL 60527-7593

Kohlstedt Law Firm LLC
2100 Clearwater Dr
Suite 220
Oak Brook, IL 60523-5407

L-K Fire Extinguisher Service
4136 S Grove Ave
Berwyn PO, IL 60402-4495

LDI Industries
1864 Nagle Ave
PO Box 1810
Manitowoc, WI 54221-1810

LE Rogers Co
6429 W. North Ave, Room 204
Oak Park, IL 60302-1079

Landmeier Enterprises
4001 W Devon Avenue, # 404
Chicago, IL 60646-4539

Leonard Smith
21236 N. Middleton Dr
Kildeer, IL 60047-8505

Linda Witkowski
416 E. View Street
Lombard, IL 60148-1970

Livonia Magnetics Co
44005 Michigan Avenue
Canton, MI 48188-2594

Lopin Westchester LLC
4001 W Devon Ave
Suite 404
Chicago, IL 60646-4539

Lopin Westchester LLC
4001 W Devon, Ste 404
Chicago, IL 60646-4539

MB Industrial Sales
PO Box 238
West Chester, PA 19381-0238

MSC Industrial Supply
75 Maxess Road
Melville New York 11747-3151

Manufacturer's News Inc
1633 Central St
Evanston, IL 60201-1569

MarTec Associates Inc
1510 Jarvis
Elk Grove, IL 60007-2402

Marcello Tapia
2534 S. Euclid
Berwin, IL 60402-2509

Master-Brew Beverages Inc
PO Box 1508
Northbrook, IL 60065-1508

Masterman's
PO Box 411
Auburn, MA 01501-0411

Matis Inc
PO Box 1437
Bridgeview, Il 60455-0437

McBee Sytems Inc
PO Box 88042
Chicago, IL 60680-1042

McMaster - Carr Supply Co
POB 4355
Chicago, IL 60680-4355

Melodie Waters
3 S. 236 Cyprus Dr.
Glen Elyn, IL 60137-7361

Metals Technology Corp
120 N Schmale Rd
Carol Stream, IL 60188-2151

Michigan Department of Treasury
East Lansing, MI 48823

Midwest Time Recorder
7964 S Madison St
Burr Ridge, IL 60527-5806

Miller Broach
PO Box 99
Capac, MI 48014-0099

Miller Transfer & Rigging Co
PO Box 453
Rootstown, OH 44272-0453

Milwaukee Broach Co
PO Box 224
Butler, WI 53007-0224

Minnesota Commissioner of Rev.
600 North Robert St.
St. Paul, MN 55101-2228

Mr & Mrs Charles Miles
8416 Rucker
Gross Ile, MI 48138-1910

National Child Safety Council
PO Box 1368
Jachson, MI 49204-1368

National Fire Safety Council
Westchester Fire Dept
10240 Roosevelt Rd
Westchester, IL 60154-2573

Neopost
PO Box 45800
San Francisco, CA 94145-0800

Neopost Leasing
478 Wheelers Farms Road
Milford, CT 06461-9105

Neopost Leasing
PO Box 45822
San Francisco, CA 94145-0822

Nicor
PO Box 2020
Aurora, IL 60507-2020

Octavia Tool & Gage Co
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004-7696

Oerlikon Balzers Inc
PO Box 5837
Carol Stream, IL 60197-5837

Office Equipment Sales
5319 W 25th St
Cicero, IL 60804-3311

Ohio Treasurer Of State
9th Floor
30 East Broad Street
Columbus, Ohio 43215-3461

Orange Transfer Company
Brian E Monaghan
1804 S Kilbourn Ave
Chicago, IL 60623-2306

Orkin Exterminating Co Inc
603 E Diehl Rd, Ste 124
Naperville, Il 60563-4904

PMTS
6915 Valley Ave
Cincinnati, OH 45244-3029

Palatine Welding Company
3848 Berdnick St
Rolling Meadows, IL 60008-1003

Pantron Automation Inc
PO Box 6039
Gastonia, NC 28056-6000

Parker Hannifin Corp
Cylinder Division
7899 Collection Center Dr
Chicago, IL 60693-0001

Parker Hannifin Corporation
Cylinder Division
6035 Parkland Blvd.
Cleveland, OH 44124-4186

~~Phil Klos~~

Philip Klos
2516 Westover Ave
N. Riverside, IL 60546-1541

Pioneer Broach Company
6434 Telegraph Rd
Los Angeles, CA 90040-2593

Porter Pipe & Supply Co
35049 Eagle Way
Chicago, IL 60678-0001

Power/Mation Division
1310 Ereson Lane
St Paul, MN 55108

Precision Machined Products
6700 W Snowville Road
Brecksville, OH 44141-3292

Radar Tool and Mfg.
23201 Blackstone
Warren, MI 48089-4209

Raymond A. Mueller
533 Moreland Ave.
Addison, IL 60101-3461

| | | |
|---|---|---|
| Reid Supply Co<br>PO Box 179<br>Muskegon, MI 49443-0179 | Reliastar LIfe Ins.<br>PO Box 9179<br>Minneapolis, MN 55480-9179 | Rev. T. H Miles<br>1910 N. W. 108th Street<br>Vancouver, WA 98685-5080 |
| Revere Electric Supply Co<br>3866 Paysphere Circle<br>Chicago, IL 60674-0038 | Richard Shea<br>645 W. Belden<br>Elmhurst, IL 60126-1869 | Richter Precision Inc<br>PO Box 159<br>East Petersburg, PA 17520-0159 |
| Ritter Engineering Co<br>PO Box 8500-4285<br>Philadelphia, PA 19178-0001 | Robert Slifka<br>2150 W. 59th Street<br>Downers Grove, IL 60516-1149 | Roberto Rivas<br>8206 Waterbury Dr.<br>Joliet, IL 60431-7581 |
| Roger Luszczewski<br>6 N 661 Pine<br>Bensenville, IL 60106 | SKF Linear Motion Precision<br>1230 Cheyenne Avenue<br>Grafton, WI 53024-9539 | SKF Linear Motion Precision<br>PO Box 643911<br>Pittsburgh, PA 15264-3911 |
| SMC Corporation of America<br>PO Box 70269<br>Chicago, IL 60673-0269 | SMS Machine Tools LTD<br>32 Claireville Drive<br>Toronto Ontario<br>CANADA M9W 5T9 | Scheck Lumber Co Inc<br>920 W 18th St<br>Broadview, IL 60155-4893 |
| Schmidt, Pritchard & Co, Inc<br>9801 W Lawrence Ave<br>Schiller Park, IL 60176-1135 | Sentry Insurance<br>Box 88315<br>Milwaukee, WI 53288-0001 | Shell Oil Company<br>P.O. Box 2463,<br>Houston, TX 77252-2463 |
| Signaworks - Industrial Signal<br>Genesis Automation Inc<br>9013 Heritage Dr<br>Plalin City, OH 43064-9493 | Simko Grinding Co<br>PO Box 68<br>Posen, IL 60469-0068 | Special Olympics Illinois<br>PO Box 699<br>Normal, IL 61761-0699 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | Steiner Electric Company<br>2665 Paysphere Circle<br>Chicago, IL 60674-0026 | Steven M Mueller<br>215 Lundy Lane<br>Schaumburg, IL 60193-1709 |
| Steven Mueller<br>215 Lundy Lane<br>Schaumburg, IL 60193-1709 | Studio Eleven/Vivid Mfg Group<br>PO Box 315<br>Fort Laramie, OH 45845-0315 | Sun Life Financial<br>Box No 6168<br>Carol Stream, IL 60197-6168 |
| Tazz Broach & Machine Inc<br>34026 James J Pompo<br>Fraser, MI 48026-1643 | Tech-Max Machine Inc<br>1170 W Ardmore Ave<br>Itasca, Il 60143-1306 | Techa-Tool Inc<br>PO Box 467<br>Hartland, WI 53029-0467 |

Terrace Supply Company
PO Box 5022
Villa Park, IL 60181-5022

The Glidden Company
ICI Paints
15885 W Spraque Rd. HQW Rm # A105
Strongsville, OH 44136-1772

Thomas Publishing Co LLC
Dept. Ch 14193
Palatine, IL 60055-4193


Thomas Publishing Company
5 Penn Plaza
New York, NY 10001-1860

Tool Crib Supply, Inc
151 Eastern Avenue
Bensenville, IL 60106-1159

Tooling & Manufacturing Assoc.
1177 S Dee Road
Park Ridge, IL 60068-4396


Triangle Broach Co
18404 Fitzpatrick
Detroit, MI 48228-1420

Turbine Broach Company
PO Box 1437
Crystal River, FL 34423-1437

U.S. Postal Service
10240 W Roosevelt Rd, Ste A
Westchester, IL 60154-2577


UPS Supply Chain Solutions Inc
Attn: Customs Brokerage Services
12380 Morris Road
Alpharetta, GA 30005-4177

USF Holland
27052 Network Place
Chicago, IL 60673-0001

United Parcel Service
55 Glenlake Parkway, NE
Atlanta , GA 30328-3498


Veolia ES Solid Waste Midwest, Inc.
PO Box 6484
Carol Stream, 60197-6484

Vibro/Dynamics Corporation
2443 Barga Drive
Broadview, IL 60155-3941

Village of Westchester
10300 Roosevelt Rd
Westchester, IL 60154-2596


West Coast Life Ins Co
343 Sansome Street
San Francisco, CA 94104-1344

William Folsom
285 South Street
Elmhurst, IL 60126-4001

Wisco
PO Box 88666
Chicago, IL 60680-1666


Wisconsin Dept. of Revenue
P.O. Box 8906
Madison, WI 53708-8906

Witt Disintegrating Service
Ralph C. Gravrok
729 W. Fullerton Ave, Unit F
Addison, IL 60101-3260

Wolf & Co LLP
2100 Clearwater Drive
Oak Brook, IL 60523-1963


Xerox Capital Services LLC
Attn: Vanessa Adams
1301 Ridgeview Drive 450
Lewisville, TX 75057-6018

Xerox Corporation
PO Box 802555
Chicago, IL 60680-2555

Zagar Inc
24000 Lakeland Blvd
Cleveland, OH 44132-2646


Zenger's Inc
11132 W. Grand Ave
Melrose Park, IL 60164-1131

Zep Manufacturing Company
13237 Collections Center Dr
Chicago, IL 60693-0001

Zipprich Contractors Inc
959 N Garfield St
Lombard, IL 60148-1336


~~David P Leibowitz ESQ~~
~~Leibowitz Law Center~~
~~420 Clayton Street~~
~~Waukegan, IL 60085-4216~~

Jonathan T Brand
Lakelaw
420 W. Clayton Street
Waukegan, IL 60085-4216

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank
PO Box 8088
Philadelphia, PA 19101

(d)Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Illinois Department of Revenue
100 W Randolph Street # 700,
Chicago, IL 60601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, Pa 19114

(d)United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Chicago Bank & Trust

(u)ADT Security Systems

(u)Andrew Mueller


(d)GMAC
PO BOX 130424
ROSEVILLE MN 55113-0004

(u)Joseph McClearn

(u)Rick Shea


(u)Roberto Rivas

(u)Roger Luszczewski

(d)Steven M. Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709


(d)Ty Miles, Inc
9855 Derby Ln
Westchester, IL 60154-3792

(u)William Folsom

(d)Wolf & Company
2100 Clearwater Drive
Oak Brook, IL 60523-1963


End of Label Matrix
Mailable recipients   239
Bypassed recipients    12
Total                 251

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| TY MILES INCORPORATED, | ) | Bankruptcy No. 09 B 16986 |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | Hearing Date: April 27, 2010 |
| | ) | Hearing Time: 10:30 a.m. |

## FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11. U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS ORDERED that:

1. A final Decree closing the Debtor's Chapter 11 case is hereby entered.

Date: APR 27 2010        Enter: _____
                                Hon. Pamela S. Hollis
                                United States Bankruptcy Court for the
                                Northern District of Illinois

Prepared By:
David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100
847.249.9180