**BK Attorney Services, LLC**

BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Apr 29, 2010   TIME RECEIVED: 10:46AM   TOTAL SERVED: 237

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:   Ty Miles Incorporated    CASE NO: 09 B 16986

CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:   David P. Leibowitz
ADDRESS             420 W. Clayton Street
                    Waukegan, IL 60085

On Thursday, April 29, 2010, a copy of the following documents, described below,

**Final Decree Closing Chapter 11 Case**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: April 29, 2010

*[signature]*

Jessica Freeze
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

Iowa Department of Revenue
Bankruptcy
PO Box 10471
Des Moines, IA 50306-0471

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-16986<br>Northern District of Illinois<br>Chicago<br>Thu Apr 29 15:42:28 CDT 2010 | GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Lakelaw<br>420 W Clayton<br>Waukegan, IL 60085-4216 |
| Ty Miles Incorporated<br>9855 Derby Lane<br>Westchester, IL 60154-3792 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | 1701 Research Boulevard<br>Rockville, Maryland 20850-3171 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | AMT - The Assn for Mfg Tech<br>7901 Westpark Drive<br>McClean, VA 22102-4206 | AT&T<br>1101 S Canal St Unit 105<br>Chicago, IL 60607-4938 |
| ATVB Abrasive Wheel Co<br>PO Box 805947<br>Chicago, IL 60680-4120 | Acar Broach & Machine Co Inc<br>21391 Carlop<br>Clinton Township, MI 48038-1511 | Accurate Tool & Mfg Corp<br>6139 W Ogden Ave<br>Cicero, IL 60804-3751 |
| Accurite Welding Services<br>501 S. County Line Rd<br>Franklin Park, IL 60131-1013 | Action Marking Products Co<br>1175 S Eastwood Dr<br>Woodstock, IL 60098-4644 | Action Rubber Stamp & Marking<br>PO Box 1718<br>Woodstock, IL 60098-1718 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | All Control<br>1644 Cambridge Dr.<br>Elgin, IL 60123-1143 | All-Brite Anondizing Co<br>100 W Lake Street<br>Northlake, IL 60164-2426 |
| Alliance Broach & Tool<br>5664 N River Road<br>East China, MI 48054-4176 | Alro Steel Corporation<br>Drawer # 641005<br>Detroit, MI 48264-1005 | Alster Machining Corp.<br>4243 W Diversey Ave<br>Chicago, IL 60639-2002 |
| American Chartered Bank<br>PO Box 5940<br>Carol Stream, IL 60197-5940 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | Americare National Hygiene Sup<br>225 Laura Drive, Unit B<br>Addison, IL 60101-5017 |
| Amerigas - Cicero<br>Dept 0140<br>Palatine, Il 60055-0140 | Andrew Juzczyk<br>5305 W 108th Place<br>Oak Lawn, IL 60453-5051 | Applied Hydraulic Servs Corp<br>273 N California Ave<br>Chicago, IL 60612-1903 |
| Arkady Lekakh<br>214 Jacobs Court<br>Buffalo Grove, IL 60089-1509 | Atlas Copco Compressors LLC<br>75 Remittance Drive, Ste 3009<br>Chicago, IL 60675-3009 | Automatic Data Processing<br>PO Box 78415<br>Phoenix, AZ 85062-8415 |

Avaya Inc
PO Box 125
Carol Stream, IL 60197-5125

Avaya, Inc
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

B&R Industries Inc
12 Commerical Blvd
Medford, NY 11763-1523


BW Supply Co
15048 County Rd 10-3
Lyons, OH 43533

Bank of America
PO Box 15019
Wilmington, DE 19850-5019

Bearing Headquarters Co
A Headco Company
PO Box 6267
Broadview, IL 60155-6267


Beaver Oil Co
6037 Lenzi Ave
Hodgkins, IL 60525-4242

Benjamin Ranallo
4407 W Ole Farm Road
Plainfield, IL 60586-7548

Bijur Delimon International
Box 74727
Cleveland, OH 44194-0810


Bloomingdale Bank & Trust
Bank of Itasca
150 S. Bloomingdale Road
Bloomingdale, Illinois 60108-1493

Blue Cross Blue Shield of IL
300 E. Randolph
Chicago, IL 60601-5099

Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186


CMA Flodine Hydrodine
1000 Muirfield Drive
Oak Park, IL 60133-5468

Cardinal Metals
119 Bond Street
Elk Grove Village, IL 60007-1218

Carlton-Bates Company
PO Box 676182
Dallas, TX 75267-6182


Catching Fluidpower Inc
3643 Eagle Way
Chicago, IL 60678-0001

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Chicago Bears Football Club
97738 Eagle Way
Chicago, IL 60678-0001


Chicago Flame Hardening Co Inc
5200 Railroad Ave
East Chicago, IL 46312-3841

Chicago Suburban Express
PO Box 388568
Chicago, IL 60638-8568

Cincinnati Tool Steel Company
5190 28th Avenue
Rockford, IL 61109-1756


Cintas Corporation #344
PO Box 7759
Romeoville, IL 60446-0759

Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove, IL 60007-2121

Classic Graphic Industries Inc
519 Wrightwood
Elmhurst, IL 60126-1047


Clearstaff
7501 S Lemont Rd, Ste 220
Woodridge, IL 60517-2679

Colonial Tool Group Inc
Colonial
1691 Walker Rd
Windsor, On N8W 3P1
Canada

ComEd Co.
2100 Swift Drive
Attn.: Bankruptcy Section/Revenue Mgmt.
OakBrook, IL 60523-1559


Commonwealth Edison
509 N Dearborn St
Chicago, IL 60654-4802

Cook County Dept. Of Revenue
PO Box 641670.
Chicago, IL 60664-1670

D/C Export & Domestic Packing Inc
1300 E. Devon Ave
Elk Grove Village, IL 60007-5831

| | | |
|---|---|---|
| DE-STA-CO<br>23478 Network Place<br>Chicago, IL 60673-0001 | DHL Express (USA) Inc<br>14105 Collections Ctr Dr<br>Chicago, IL 60693-0001 | DME Company<br>Dept Lockbox 78242<br>PO Box 78000<br>Detroit, MI 48278-0242 |
| Debra Klco<br>1120 Anvil Court<br>Addison, IL 60101-1107 | Diamond Industrial Tools Inc<br>6712 Crawford Ave<br>Lincolnwood, IL 60712-3587 | Die Specialty Company<br>3030 S 25th Avenue<br>Broadview, IL 60155-4579 |
| Dominion Retail Inc.<br>501 Martindale Street<br>Pittsburgh, PA 15212-5817 | Dura-Bar Metal Services<br>Lock Box 73409<br>Chicago, IL 60673-7409 | Dynamic Metal Treating Inc<br>7784 Ronda Drive<br>Canton Twp, MI 48187-2447 |
| E&T Plastics of Illinois Inc<br>45-45 37th St<br>Long Is, NY 11101-1801 | Emedco<br>39209 Treasury Center<br>Chicago, IL 60694-9200 | Englewood<br>PO Box 802578<br>Chicago, IL 60680-2578 |
| Erie Industrial Products Co<br>1234 Bristol Ave<br>Westchester, IL 60154-3702 | Erie Marking Tool & Awards<br>PO Box 1486<br>Saginaw, MI 48605-1486 | Estate of Marian Dine, decd<br>101 OLD OAK DR APT 206<br>BUFFALO GROVE IL 60089-3639 |
| Eugene R. Daudelin, Inc<br>10034 Roosevelt Rd.<br>Westchester, IL 60154-2660 | Expert Metal Finishing, Inc<br>1900 N Austin Ave<br>Mail Box 34<br>Chicago, IL 60639-5010 | Ezautomation<br>Div of Autotech Technologies LP<br>1102 Momentum Place<br>Chicago, IL 60689-5311 |
| Federal Express Corp<br>PO Box 95001<br>Lakeland, FL 33804-5001 | Festo Corporation<br>PO Box 1355<br>Buffalo, NY 14240-1355 | Fifth Third Bank<br>545 Sherwood Road<br>La Grange, IL 60526-5624 |
| First Chicago Bank & Trust<br>Katten Muchin Rosenman LLP<br>c/o Jeffrey A Chadwick<br>525 W Monroe Stree<br>Chicago, IL 60661-3693 | Fluid Power Engr Co Inc<br>110 Gordon<br>Elk Grove, IL 60007-1120 | Fort Dearborn Life Ins Co<br>36788 Eagle Way<br>Chicago, IL 60678-0001 |
| GMAC<br>PO Box 308092<br>Bloomington, MN 53448-0902 | GMAC Payment Processing Center<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | Gear Solutions<br>PO Box 1210<br>Pelham, AL 35124-5210 |
| Gexpro<br>f/k/a GE Supply<br>POB 33127<br>Louisville, KY 40232-3127 | Grainger<br>Dept 801580465<br>Palatine, IL 60038-0001 | Great Lakes Tool Service Inc<br>770 Edgewood Ave<br>Wood Dale, IL 60191-1249 |

          Document      Page 6 of 12

Gusher Pumps
PO Box 633162
Cincinnati, OH 45263-3162

HMR Kramer Plumbing Inc
2213 Westwood Dr
Hillside, IL 60162-2207

HSBC Business Solutions
PO Box 5219
Carol Stream, IL 60197-5219

HTM Electronics
8651 Buffalo Ave
Niagara Falls, NY 14304-4382

Hardinge Inc
Box 1212
Elmira, NY 14902-1212

Harris N.A.
PO Box 6290
Carol Stream, IL 60197-6290

Hensley Precision Carbide
38451 Webb Drive
Westland, MI 48185-1975

Hinckley Springs
5660 New Northside Drive, Suite 500
Atlanta, GA 30328-5826

ICI Paints
21033 Network Place
Chicago, IL 60673-0001

IFM Efector Inc
782 Springdale Dr
Exton, PA 19341-2850

IGUS Inc
PO Box 14349
E Providence, RI 02914-0349

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338

Illlini Coolant Management Corp
8011 N Parkside
Morton Grove, IL 60053-3543

Indiana Department of Revenue
Indianapolis, IN 46201

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Ionbond, LLC
PO Box 18473#
Neward, NJ 07191-0001

~~Iowa Department of Revenue~~
~~1004 10th Street South,~~
~~Northwood, IA 50459-1844~~

Iverson & Company
441 N Third Ave
Des Plaines, IL 60016-1199

J&H Machine Tool Specialty Inc
1190 Richards Road, Unit 6
Hartland,WI 53029-8302

J&H Machine Tools Inc
PO Box 60782
Charlotte, NC 28260-0782

J&R Material Handling Services, Inc.
P O Box 358
LaGrange, IL 60525-0358

J.A. Luttrell Company
5129 Trumpeter Drive
Portage, MI 49024-5512

J.R. Pedersen
1015 Sable Drive
Addison, IL 60101-1157

Janusz Marszalik
464 Julia Dr
Romeoville, IL 60446-4072

Janusz Marzalik
464 Julia Drive
Romeoville, IL 60446-4072

Javier Valdez
146 S La Londe Ave
Addison, IL 60101-3349

Jeffrey's Manufacturing Solutions
PO Box 405649
Atlanta, IL 30384-5649

Jeffreys Mfg.
8500 Triad Drive
Colfax NC 27235-9403

Jerico Inc
705 Springer Drive
Lombard, IL 60148-6412

Jesus Escalera
5504 W 23rd Street
Cicero, IL 60804-2738

| | | |
|---|---|---|
| Jill Duncalf<br>10831 Meadowsuite Lane<br>Roscoe, IL 61073 | John Miles<br>3235 S.E. Silver Spring<br>Milwaukie, OR 97222-7047 | Joseph Czechowski<br>8 S 495 Boundary E 11 RD<br>Naperville, IL 60540 |
| Joseph McCleren<br>1120 S Prospect<br>Wheaton, IL 60189-6830 | Kingsford Broach & Tool<br>Po Box 2277<br>Kingsford, MI 49802-2277 | Kiser Controls Co<br>7045 High Grove Blvd<br>Burr Ridge, IL 60527-7593 |
| Kohlstedt Law Firm LLC<br>2100 Clearwater Dr<br>Suite 220<br>Oak Brook, IL 60523-5407 | L-K Fire Extinguisher Service<br>4136 S Grove Ave<br>Berwyn PO, IL 60402-4495 | LDI Industries<br>1864 Nagle Ave<br>PO Box 1810<br>Manitowoc, WI 54221-1810 |
| LE Rogers Co<br>6429 W. North Ave, Room 204<br>Oak Park, IL 60302-1079 | Landmeier Enterprises<br>4001 W Devon Avenue, # 404<br>Chicago, IL 60646-4539 | Leonard Smith<br>21236 N. Middleton Dr<br>Kildeer, IL 60047-8505 |
| Linda Witkowski<br>416 E. View Street<br>Lombard, IL 60148-1970 | Livonia Magnetics Co<br>44005 Michigan Avenue<br>Canton, MI 48188-2594 | Lopin Westchester LLC<br>4001 W Devon Ave<br>Suite 404<br>Chicago, IL 60646-4539 |
| Lopin Westchester LLC<br>4001 W Devon, Ste 404<br>Chicago, IL 60646-4539 | MB Industrial Sales<br>PO Box 238<br>West Chester, PA 19381-0238 | MSC Industrial Supply<br>75 Maxess Road<br>Melville New York 11747-3151 |
| Manufacturer's News Inc<br>1633 Central St<br>Evanston, IL 60201-1569 | MarTec Associates Inc<br>1510 Jarvis<br>Elk Grove, IL 60007-2402 | Marcello Tapia<br>2534 S. Euclid<br>Berwin, IL 60402-2509 |
| Master-Brew Beverages Inc<br>PO Box 1508<br>Northbrook, IL 60065-1508 | Masterman's<br>PO Box 411<br>Auburn, MA 01501-0411 | Matis Inc<br>PO Box 1437<br>Bridgeview, Il 60455-0437 |
| McBee Sytems Inc<br>PO Box 88042<br>Chicago, IL 60680-1042 | McMaster - Carr Supply Co<br>POB 4355<br>Chicago, IL 60680-4355 | Melodie Waters<br>3 S. 236 Cyprus Dr.<br>Glen Elyn, IL 60137-7361 |
| Metals Technology Corp<br>120 N Schmale Rd<br>Carol Stream, IL 60188-2151 | Michigan Department of Treasury<br>East Lansing, MI 48823 | Midwest Time Recorder<br>7964 S Madison St<br>Burr Ridge, IL 60527-5806 |

Miller Broach
PO Box 99
Capac, MI 48014-0099

Miller Transfer & Rigging Co
PO Box 453
Rootstown, OH 44272-0453

Milwaukee Broach Co
PO Box 224
Butler, WI 53007-0224

Minnesota Commissioner of Rev.
600 North Robert St.
St. Paul, MN 55101-2228

Mr & Mrs Charles Miles
8416 Rucker
Gross Ile, MI 48138-1910

National Child Safety Council
PO Box 1368
Jachson, MI 49204-1368

National Fire Safety Council
Westchester Fire Dept
10240 Roosevelt Rd
Westchester, IL 60154-2573

Neopost
PO Box 45800
San Francisco, CA 94145-0800

Neopost Leasing
478 Wheelers Farms Road
Milford, CT 06461-9105

Neopost Leasing
PO Box 45822
San Francisco, CA 94145-0822

Nicor
PO Box 2020
Aurora, IL 60507-2020

Octavia Tool & Gage Co
American Financial Management Inc
3715 Ventura Drive
Arlington Heights, IL 60004-7696

Oerlikon Balzers Inc
PO Box 5837
Carol Stream, IL 60197-5837

Office Equipment Sales
5319 W 25th St
Cicero, IL 60804-3311

Ohio Treasurer Of State
9th Floor
30 East Broad Street
Columbus, Ohio 43215-3461

Orange Transfer Company
Brian E Monaghan
1804 S Kilbourn Ave
Chicago, IL 60623-2306

Orkin Exterminating Co Inc
603 E Diehl Rd, Ste 124
Naperville, Il 60563-4904

PMTS
6915 Valley Ave
Cincinnati, OH 45244-3029

Palatine Welding Company
3848 Berdnick St
Rolling Meadows, IL 60008-1003

Pantron Automation Inc
PO Box 6039
Gastonia, NC 28056-6000

Parker Hannifin Corp
Cylinder Division
7899 Collection Center Dr
Chicago, IL 60693-0001

Parker Hannifin Corporation
Cylinder Division
6035 Parkland Blvd.
Cleveland, OH 44124-4186

~~Phil Klos~~

Philip Klos
2516 Westover Ave
N. Riverside, IL 60546-1541

Pioneer Broach Company
6434 Telegraph Rd
Los Angeles, CA 90040-2593

Porter Pipe & Supply Co
35049 Eagle Way
Chicago, IL 60678-0001

Power/Mation Division
1310 Ereson Lane
St Paul, MN 55108

Precision Machined Products
6700 W Snowville Road
Brecksville, OH 44141-3292

Radar Tool and Mfg.
23201 Blackstone
Warren, MI 48089-4209

Raymond A. Mueller
533 Moreland Ave.
Addison, IL 60101-3461

| | | |
|---|---|---|
| Reid Supply Co<br>PO Box 179<br>Muskegon, MI 49443-0179 | Reliastar LIfe Ins.<br>PO Box 9179<br>Minneapolis, MN 55480-9179 | Rev. T. H Miles<br>1910 N. W. 108th Street<br>Vancouver, WA 98685-5080 |
| Revere Electric Supply Co<br>3866 Paysphere Circle<br>Chicago, IL 60674-0038 | Richard Shea<br>645 W. Belden<br>Elmhurst, IL 60126-1869 | Richter Precision Inc<br>PO Box 159<br>East Petersburg, PA 17520-0159 |
| Ritter Engineering Co<br>PO Box 8500-4285<br>Philadelphia, PA 19178-0001 | Robert Slifka<br>2150 W. 59th Street<br>Downers Grove, IL 60516-1149 | Roberto Rivas<br>8206 Waterbury Dr.<br>Joliet, IL 60431-7581 |
| Roger Luszczewski<br>6 N 661 Pine<br>Bensenville, IL 60106 | SKF Linear Motion Precision<br>1230 Cheyenne Avenue<br>Grafton, WI 53024-9539 | SKF Linear Motion Precision<br>PO Box 643911<br>Pittsburgh, PA 15264-3911 |
| SMC Corporation of America<br>PO Box 70269<br>Chicago, IL 60673-0269 | SMS Machine Tools LTD<br>32 Claireville Drive<br>Toronto Ontario<br>CANADA M9W 5T9 | Scheck Lumber Co Inc<br>920 W 18th St<br>Broadview, IL 60155-4893 |
| Schmidt, Pritchard & Co, Inc<br>9801 W Lawrence Ave<br>Schiller Park, IL 60176-1135 | Sentry Insurance<br>Box 88315<br>Milwaukee, WI 53288-0001 | Shell Oil Company<br>P.O. Box 2463,<br>Houston, TX 77252-2463 |
| Signaworks - Industrial Signal<br>Genesis Automation Inc<br>9013 Heritage Dr<br>Plalin City, OH 43064-9493 | Simko Grinding Co<br>PO Box 68<br>Posen, IL 60469-0068 | Special Olympics Illinois<br>PO Box 699<br>Normal, IL 61761-0699 |
| Sprint<br>PO Box 4191<br>Carol Stream, IL 60197-4191 | Steiner Electric Company<br>2665 Paysphere Circle<br>Chicago, IL 60674-0026 | Steven M Mueller<br>215 Lundy Lane<br>Schaumburg, IL 60193-1709 |
| Steven Mueller<br>215 Lundy Lane<br>Schaumburg, IL 60193-1709 | Studio Eleven/Vivid Mfg Group<br>PO Box 315<br>Fort Laramie, OH 45845-0315 | Sun Life Financial<br>Box No 6168<br>Carol Stream, IL 60197-6168 |
| Tazz Broach & Machine Inc<br>34026 James J Pompo<br>Fraser, MI 48026-1643 | Tech-Max Machine Inc<br>1170 W Ardmore Ave<br>Itasca, Il 60143-1306 | Techa-Tool Inc<br>PO Box 467<br>Hartland, WI 53029-0467 |

| | | |
|---|---|---|
| Terrace Supply Company<br>PO Box 5022<br>Villa Park, IL 60181-5022 | The Glidden Company<br>ICI Paints<br>15885 W Spraque Rd. HQW Rm # A105<br>Strongsville, OH 44136-1772 | Thomas Publishing Co LLC<br>Dept. Ch 14193<br>Palatine, IL 60055-4193 |
| Thomas Publishing Company<br>5 Penn Plaza<br>New York, NY 10001-1860 | Tool Crib Supply, Inc<br>151 Eastern Avenue<br>Bensenville, IL 60106-1159 | Tooling & Manufacturing Assoc.<br>1177 S Dee Road<br>Park Ridge, IL 60068-4396 |
| Triangle Broach Co<br>18404 Fitzpatrick<br>Detroit, MI 48228-1420 | Turbine Broach Company<br>PO Box 1437<br>Crystal River, FL 34423-1437 | U.S. Postal Service<br>10240 W Roosevelt Rd, Ste A<br>Westchester, IL 60154-2577 |
| UPS Supply Chain Solutions Inc<br>Attn: Customs Brokerage Services<br>12380 Morris Road<br>Alpharetta, GA 30005-4177 | USF Holland<br>27052 Network Place<br>Chicago, IL 60673-0001 | United Parcel Service<br>55 Glenlake Parkway, NE<br>Atlanta, GA 30328-3498 |
| Veolia ES Solid Waste Midwest, Inc.<br>PO Box 6484<br>Carol Stream, 60197-6484 | Vibro/Dynamics Corporation<br>2443 Barga Drive<br>Broadview, IL 60155-3941 | Village of Westchester<br>10300 Roosevelt Rd<br>Westchester, IL 60154-2596 |
| West Coast Life Ins Co<br>343 Sansome Street<br>San Francisco, CA 94104-1344 | William Folsom<br>285 South Street<br>Elmhurst, IL 60126-4001 | Wisco<br>PO Box 88666<br>Chicago, IL 60680-1666 |
| Wisconsin Dept. of Revenue<br>P.O. Box 8906<br>Madison, WI 53708-8906 | Witt Disintegrating Service<br>Ralph C. Gravrok<br>729 W. Fullerton Ave, Unit F<br>Addison, IL 60101-3260 | Wolf & Co LLP<br>2100 Clearwater Drive<br>Oak Brook, IL 60523-1963 |
| Xerox Capital Services LLC<br>Attn: Vanessa Adams<br>1301 Ridgeview Drive 450<br>Lewisville, TX 75057-6018 | Xerox Corporation<br>PO Box 802555<br>Chicago, IL 60680-2555 | Zagar Inc<br>24000 Lakeland Blvd<br>Cleveland, OH 44132-2646 |
| Zenger's Inc<br>11132 W. Grand Ave<br>Melrose Park, IL 60164-1131 | Zep Manufacturing Company<br>13237 Collections Center Dr<br>Chicago, IL 60693-0001 | Zipprich Contractors Inc<br>959 N Garfield St<br>Lombard, IL 60148-1336 |
| ~~David P Leibowitz ESQ~~<br>~~Leibowitz Law Center~~<br>~~420 Clayton Street~~<br>~~Waukegan, IL 60085-4216~~ | Jonathan T Brand<br>Lakelaw<br>420 W. Clayton Street<br>Waukegan, IL 60085-4216 | William T Neary<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta Bank
PO Box 8088
Philadelphia, PA 19101

(d)Advanta Bank Corp
PO Box 8088
Philadelphia, PA 19101-8088

Illinois Department of Revenue
100 W Randolph Street # 700,
Chicago, IL 60601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, Pa 19114

(d)United States Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Chicago Bank & Trust

(u)ADT Security Systems

(u)Andrew Mueller


(d)GMAC
PO BOX 130424
ROSEVILLE MN 55113-0004

(u)Joseph McClearn

(u)Rick Shea


(u)Roberto Rivas

(u)Roger Luszczewski

(d)Steven M. Mueller
215 Lundy Lane
Schaumburg, IL 60193-1709


(d)Ty Miles, Inc
9855 Derby Ln
Westchester, IL 60154-3792

(u)William Folsom

(d)Wolf & Company
2100 Clearwater Drive
Oak Brook, IL 60523-1963


End of Label Matrix
Mailable recipients   239
Bypassed recipients    12
Total                 251

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | ) | Chapter 11 |
|---|---|---|
| TY MILES INCORPORATED, | ) | Bankruptcy No. 09 B 16986 |
| Debtor. | ) | Honorable Pamela S. Hollis |
| | ) | Hearing Date: April 27, 2010 |
| | ) | Hearing Time: 10:30 a.m. |

### FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING ON TO BE HEARD on the Debtor's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11. U.S.C. §350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS ORDERED that:

1. A final Decree closing the Debtor's Chapter 11 case is hereby entered.

Date: APR 27 2010        Enter: _____
                                Hon. Pamela S. Hollis
                                United States Bankruptcy Court for the
                                Northern District of Illinois

Prepared By:
David P. Leibowitz (ARDC # 1612271)
Jonathan T. Brand (ARDC # 6294885)
LakeLaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100
847.249.9180